USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN,

Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the affidavits or declarations discussed at the November 20, 2015 conference will be submitted to the Court by close of business on **Wednesday, November 25, 2015**. The affidavits or declarations should set forth:

1. how Defendant Tuzman's immediate transfer to U.S. authorities in Colombia would "imperil" the bilateral law enforcement relationship between the United States and Colombia (Nov. 18, 2015 Govt. Ltr. (Dkt. No. 21) at 1-2), any obstacles to such a transfer, and whether U.S. citizens awaiting extradition in Colombia and elsewhere have – over the past ten years – ever been immediately released into the custody of U.S. officials, and the circumstances of any such transfer; and

2. the names, cases, courts, and docket numbers of other United States citizens charged with "white collar" crimes who have been held at La Picota prison pending extradition to the United States, and the length of their detention at that institution. See id. at 3.

Given the parties' contradictory representations concerning the expedited or "simplified" extradition process under Colombian law, the parties will also obtain affidavits or declarations from experts concerning this issue. These submissions should discuss, inter alia, the availability of this procedure to Defendant Tuzman, the steps in that process, and the estimated date of his extradition in the event this procedure is utilized.

Dated: New York, New York
November 23, 2015

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge