UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA :
: Notice of Appearance
-v.- :
:
TUZMAN et al., :
: 15 Cr. 536 (PGG)
:
Defendants. :
:
------------------------------------------------------------------------X


TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney for the
                                          Southern District of New York


                             by: _____/s_____
                                          Andrea M. Griswold
                                          Assistant United States Attorney
                                          (212) 637-1205