# SUPPLEMENTAL DECLARATION OF AMANDA L. BLAUROCK

# SUBMITTED FOR FILING UNDER SEAL