

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2015

**By ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Kaleil Isaza Tuzman</u>, S1 15 Cr. 536 (PGG)

Dear Judge Gardephe:

    The Government is in receipt of the letter and accompanying declarations and exhibits filed by Kaleil Isaza Tuzman ("the defendant") on December 2, 2015. The Government writes to advise the Court that it is currently preparing a response, which it intends to file next week, and which is likely to include one or more additional declarations.

                    Respectfully submitted,

                    PREET BHARARA
                    United States Attorney

     by: *[signature]*
                    Damian Williams / Edward Y. Kim/
                    Andrea M. Griswold
                    Assistant United States Attorneys
                    (212) 637-2298/2401/1205

cc:    Defense Counsel  (by e-mail and ECF)