```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/17
```

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN and OMAR AMANAT,

Defendants.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  Trial in this matter is scheduled to begin on **October 2, 2017 at 9:30 a.m.**

  The following schedule will apply to expert witness disclosures and pre-trial submissions:

1. The Government's expert disclosures are due August 21, 2017.

2. Defense expert disclosures are due September 11, 2017, except that disclosure for any expert intended to offer testimony on ink or authenticity issues is due August 21, 2017.

3. In the event that any Defendant designates an expert on ink or authenticity issues on August 21, 2017, the Government shall make any expert disclosures on that issue by September 11, 2017.

  It is further ORDERED that pre-trial submissions in this matter – motions in limine, proposed voir dire, and proposed requests to charge – are due on September 5, 2017, with responsive papers due on September 19, 2017.

It is further ORDERED that there shall be a final pre-trial conference in this action on **September 28, 2017 at 3:00 p.m.** in Courtroom 6B of the United States Courthouse, 500 Pearl Street, New York, NY.

Dated: New York, New York
       August 10, 2017

SO ORDERED.

Paul G. Gardephe
United States District Judge