# EXHIBIT A

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2017

**BY E-MAIL**

Silvia L. Serpe, Esq.
Paul W. Ryan
Serpe Ryan LLP
1115 Broadway, 12th Floor
New York, NY 10010

Avi Weitzman
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166

    Re:    United States v. Kaleil Isaza Tuzman, S8 15 Cr. 586 (PGG)

Dear Counsel:

    The Government writes pursuant to our agreement to provide the following particulars regarding the charges against the defendant. Much of this information is in addition to the details provided in the seventy-page indictment. This information is based on the current state of the Government's investigation and review of the evidence.

    First, the Government alleges that the following individuals were the defendant's co-conspirators: Irfan Amanat, Omar Amanat, Gavin Campion, Rima Jameel, Stephen Maiden, Robin Smyth, Petr Stransky, and David Vogel.

    Second, the Government provides the following examples of acts committed within the statute of limitations for Count Four of the Indictment:

*Purchases/Sales of KITD by Stephen Maiden*

| TRADE DATE | QUANTITY | PRICE |
|---|---|---|
| 3/30/2011 | 43,299 | 11.9921 |
| 3/31/2011 | 37,600 | 12.0043 |
| 4/4/2011 | 10,000 | 11.8379 |
| 4/4/2011 | -1,000 | 12.11 |
| 4/5/2011 | -21,072 | 11.6713 |
| 4/6/2011 | -788 | 11.78 |
| 4/7/2011 | -10,700 | 11.5972 |

| | | |
|---|---|---|
| 4/8/2011 | 3,900 | 11.5436 |
| 4/8/2011 | -2,400 | 11.5158 |
| 4/11/2011 | 1,000 | 11.945 |
| 4/13/2011 | 500 | 11.62 |
| 4/13/2011 | -40,500 | 11.3722 |
| 4/14/2011 | -61,200 | 10.792 |
| 4/15/2011 | 18,900 | 11.2314 |
| 4/15/2011 | -14,800 | 10.9485 |
| 4/18/2011 | -600 | 10.9167 |
| 4/19/2011 | -5,200 | 10.416 |
| 4/26/2011 | 10,553 | 11.0272 |
| 4/29/2011 | 8,000 | 11.5498 |

Third, the Government provides the following examples of interstate wires made in furtherance of the scheme charged in Count Five:

*Wires*

| DATE | KIT DIGITAL INC TO MAIDEN CAPITAL LLC | KIT CAPITAL LLC TO MAIDEN CAPITAL LLC | MAIDEN CAPITAL LLC TO KIT CAPITAL LLC |
|---|---|---|---|
| 3/10/2009 | $200,000 | | |
| 6/29/2009 | | $42,000 | |
| 8/12/2009 | | $50,000 | |
| 8/12/2009 | | $154,000 | |
| 2/3/2010 | $700,000 | | |
| 3/1/2011 | $250,000 | | |
| 3/3/2011 | | | $288,101.35 |

Fourth, the following auditing firms were deceived as part of the accounting fraud scheme charged in Count Six: Moore Stephens and Grant Thornton.

Fifth, the following SEC reports contained false and misleading statements: (1) All quarterly and annual SEC reports filed between the fourth quarter of 2008 through the second quarter of 2012; and (2) the January 6, 2012 Form 8-K.

Sixth, the Government identifies the following round-trip transactions in which a fraudulent restructuring fee was employed: (1) the June 2011 Peerset transaction and (2) the December 2011 Sezmi transaction.

Seventh, the Government identifies the following perpetual license contracts that were part of the accounting fraud scheme: (1) The Country Network contract, (2) the Totalmovie contract, and (3) the Iusacell contract.

      Eighth, the Government identifies the following contracts that were fabricated for purposes of the accounting fraud scheme: (1) Crosshaven; (2) Wolfgang; (3) Xun-Jia; (4) Reckford; (5) A-Digi; (6) Sollet; (7) Ben Peaks; (8) CP Rights Ltd.; (9) Bimini Trading Ltd.; (10) Stamphill; (11) PVD; and (12) M10.

                        Very truly yours,

                        JOON H. KIM
                        Acting United States Attorney

            By:   /s/
                        Damian Williams
                        Andrea M. Griswold
                        Joshua A. Naftalis
                        Assistant United States Attorneys
                        (212) 637-2298/ 1205/ 2310