| | |
|---|---|
| **From:** | Melley, Peter |
| **To:** | Griswold, Andrea (USANYS); Naftalis, Joshua (USANYS); Atkin, Melissa S - New York, NY |
| **Subject:** | Sample Draft Charts |
| **Date:** | Wednesday, August 30, 2017 1:23:54 PM |
| **Attachments:** | MAIDEN BUY pie 123108 to 081209.pdf |
| | MAIDEN SELL pie 123108 to 081209.pdf |
| | MAIDEN BUY pie 123108 to 043009.pdf |
| | MAIDEN SELL pie 123108 to 043009.pdf |
| | KITD Maiden PV Chart 123108 to 030609.pdf |
| | KITD PV Chart 123108 to 043009.pdf |
| | KITD PV Chart 123108 to 081209.pdf |

Attached are the following drafts:
- Pie Charts for 12/31/08 – 04/30/09 (30 day buy period / 90 day hold period)
- Pie Charts for 12/31/08 – 08/12/09 (last day before Nasdaq listing)
- Daily Price / Volume Charts for
    - 12/31/08 – 3/6/09
    - 12/31/08 – 4/30/09
    - 12/31/08 – 08/12/09

These are just a few ideas on how to present the volume comparison during the Dec. 2008 through August 2009 pre-Nasdaq listing period. I can also add text boxes with additional info.

I am around most of tomorrow if you want to discuss. In the meantime, I will work on some things for the later KITD trading period.

Pete

3513-01
Melley, Peter