# KIT DIGITAL, INC. ("KITD")
## *DRAFT* PRICE AND VOLUME ANALYSIS
## DECEMBER 31, 2008 THROUGH MARCH 6, 2009



Purchase volume by Maiden Capital Opportunity Fund LP and Saxon Strategic Funds LLC account for 64.5% of all market trading volume between 12/31/08 and 03/06/09

Source: Bloomberg LP; GSCO trading data

■ MAIDEN PURCHASE VOLUME    ■ REMAINING MARKET VOLUME    ── CLOSING PRICE



**KIT DIGITAL, INC. ("KITD")**
*DRAFT* PRICE AND VOLUME ANALYSIS
DECEMBER 31, 2008 THROUGH APRIL 30, 2009

Purchase volume by Maiden Capital Opportunity Fund LP and Saxon Strategic Funds LLC account for 64% of all market trading volume between 12/31/08 and 04/30/09

Source: Bloomberg LP; GSCO trading data

MAIDEN PURCHASE VOLUME   REMAINING MARKET VOLUME   CLOSING PRICE

**KIT DIGITAL, INC. ("KITD")**
***DRAFT* PRICE AND VOLUME ANALYSIS**
**DECEMBER 31, 2008 THROUGH AUGUST 12, 2009**



Purchase volume by Maiden Capital Opportunity Fund LP and Saxon Strategic Funds LLC account for 60% of all market trading volume between 12/31/08 and 08/12/09

Source: Bloomberg LP; GSCO trading data

MAIDEN PURCHASE VOLUME     REMAINING MARKET VOLUME     CLOSING PRICE

## KIT DIGITAL, INC. ("KITD" / "KDGL")
## MARKET TRADING VOLUME COMPARISON
## DECEMBER 31, 2008 THROUGH APRIL 30, 2009



MAIDEN = Maiden Capital Opportunity Fund LP, Saxon Strategic Funds LLC

Source: GSCO trading data
*DRAFT* prepared by FINRA CPAG

## KIT DIGITAL, INC. ("KITD" / "KDGL")
## MARKET TRADING VOLUME COMPARISON
## DECEMBER 31, 2008 THROUGH AUGUST 12, 2009



Maiden = Maiden Capital Opportunity Fund LP, Saxon Strategic Funds LLC

Source: GSCO trading data
*DRAFT* prepared by FINRA CPAG

**KIT DIGITAL, INC. ("KITD" / "KDGL")**
**MARKET TRADING VOLUME COMPARISON**
**DECEMBER 31, 2008 THROUGH APRIL 30, 2009**



**MAIDEN SELL VOLUME REPRESENTED 1.6% OF ALL TRADING VOLUME (110,180 SHARES)**

**REMAINING MARKET TRADING VOLUME**
**98.4%**
**(6,495,152 SHARES)**

Maiden = Maiden Capital Opportunity Fund LP, Saxon Strategic Funds LLC

Source: GSCO trading data
*DRAFT* prepared by FINRA CPAG

## KIT DIGITAL, INC. ("KITD" / "KDGL")
## MARKET TRADING VOLUME COMPARISON
## DECEMBER 31, 2008 THROUGH AUGUST 12, 2009



MAIDEN SELL VOLUME
REPRESENTED 2%
OF ALL TRADING
VOLUME
(152,480 SHARES)

REMAINING
MARKET TRADING
VOLUME
98%
(7,022,825 SHARES)

Maiden = Maiden Capital Opportunity Fund LP, Saxon Strategic Funds LLC

Source: GSCO trading data
*DRAFT* prepared by FINRA CPAG