# Exhibit E

# *DRAFT* SECURITIES LICENSING EXAM AND CONTINUING EDUCATION OVERVIEW

| SECURITIES LICENSE | GENERAL AREAS COVERED ON EXAM | TYPES OF INVESTMENT PRODUCTS | HELD BY CERVINO / KHAN | CE COMPLIANCE |
|---|---|---|---|---|
| **SERIES 3: NATIONAL COMMODITIES FUTURES EXAMINATION** | structure and theory of markets, hedging, speculation, and regulation | commodities futures contracts and options on commodities futures contracts | **TUZMAN** | |
| **SERIES 7: GENERAL SECURITIES REG. REP** | various markets/exchanges, federal and FINRA rules including fraudulent practices as well as the customer relationship including suitability (investment objectives and confirming purchases) | All securities products including stocks, options, bonds | **TUZMAN, O. AMANAT** | S101 - periodic training module including compliance and ethical subjects regarding client accounts |
| **SERIES 24: GENERAL SECURITIES PRINCIPAL EXAM** | Covers same topics as Series 7 (pre-requisite to taking Series 24) as well as supervisory activities (sales, compliance, trading, operations, advertising, and underwriting) | All securities products from firm trading perspective | **O. AMANAT** | S201 - periodic training module including supervisory, compliance and ethical subjects regarding client accounts |
| **SERIES 62: CORPORATE SECURITIES REP EXAM** | types and characteristics of investments, the market for corporate securities, evaluation for investments and handling customer accounts and securities industry regulations | corporate securities (stocks and bonds), REITS, asset-backed securities, mortgage-backed securities, exchange traded funds | **TUZMAN** | |
| **SERIES 63: UNIFORM SECURITIES AGENT STATE LAW EXAM** | registration of securities, broker-dealers and agents, state and regulatory oversight including ethical and fraudulent practices, communication with clients and fiduciary responsibility with client funds | All securities products | **TUZMAN** | |

3513-02

Melley, Peter