```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN and OMAR AMANAT,

Defendants.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the final pre-trial conference in this action previously scheduled for October 18, 2017 will be held on **October 20, 2017 at 12:00 p.m.** in Courtroom **705** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 17, 2017

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge