

RANDALL W. JACKSON
Tel.: (212) 303-3650
E-mail: rjackson@bsfllp.com

August 22, 2018

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Kaleil Isaza Tuzman, et al.*, 15 Cr. 536(PGG)

Dear Judge Gardephe:

      This letter is respectfully submitted attaching two additional letters submitted in support of Omar Amanat and one memorandum from the Rev. Steve Mun, Chaplain at the MCC. Thank you.

                                      Respectfully submitted,

                                      _/s/_ Randall W. Jackson____
                                      Randall W. Jackson

**cc: All parties**