

RANDALL W. JACKSON
Tel.: (212) 303-3650
E-mail: rjackson@bsfllp.com

August 27, 2018

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:**  *United States v. Kaleil Isaza Tuzman, et al.*, 15 Cr. 536(PGG)

Dear Judge Gardephe:

   This letter is respectfully submitted attaching three additional documents submitted in connection with Omar Amanat's sentencing, all related to his work at the MCC during his detention. The first is a Positive Decision Report describing his work tutoring other inmates and helping them achieve GED credentials. The second is a Work Performance Rating speaking to this work, and the third is a short letter from one of his fellow inmates. We appreciate the Court's consideration.


        Respectfully submitted,

        _/s/ Randall W. Jackson____
        Randall W. Jackson

**cc: All parties**