UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN,

                Defendant.

**ORDER**

S8 15 Cr. 536 (PGG-1)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant Kaleil Isaza Tuzman will take place on **July 30, 2021 at 12:00 noon** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any additional defense sentencing submissions are due by **July 9, 2021,** and any additional sentencing submission from the Government is due by **July 16, 2021**.

Dated: New York, New York
       May 5, 2021

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge