# EXHIBIT A

# Supplemental Letters in Support of Kaleil D. Isaza Tuzman
## July 27, 2021

*[To supplement ECF No. 1159 Ex. A]*

| Exhibit No. | Author | New or Supplemental Letter Since June 2018 |
|---|---|---|
| A-19 | **[to be filed under seal]** Dr. Jessica Pearson, Psy.D. | Addendum to expert report dated June 18, 2018, ECF No. 793 Ex. B |
| A-20 | Catherine Wiesner | Updated letter supplementing ECF No. 793 Ex. A-32 |
| A-21 | David Camp | Updated letter supplementing ECF No. 793 Ex. A-17 |
| A-22 | **[filed with redactions]** Intiya Ambrogi-Isaza | Updated letter supplementing ECF No. 793 Ex. A-02 |
| A-23 | Luis-Orlando Isaza | Updated letter supplementing ECF No. 793 Ex. A-01 |
| A-24 | Martin Feinberg | Updated letter supplementing ECF No. 793 Ex. A-13 |
| A-25 | Naomi Tuzman-Eagan | Updated letter supplementing ECF No. 793 Ex. A-03 |
| A-26 | Rosario Davi | Updated letter supplementing ECF No. 793 Ex. A-06 |
| A-27 | Chintan Amin | New letter of support |
| A-28 | Sara Brancato & Alex Wilson | New letter of support |
| A-29 | Steven Vegliante | New letter of support |
| A-30 | Zev Brenner | New letter of support |
| A-31 | Gabriel Guerra | New letter of support |
| A-32 | Sister Aida Luz Vasquez | New letter of support |
| A-33 | Nataly Arenas Dominichetti | New letter of support |

# EXHIBIT A-19

# EXHIBIT A-19

*document to be filed under seal*

# EXHIBIT A-20



**UNHCR**
**United Nations High Commissioner for Refugees**
Haut Commissariat des Nations Unies pour les réfugiés

July 21, 2021

Catherine Wiesner
Head of External Engagement
Regional Bureau for East and Horn of Africa and the Great Lakes
United Nations High Commissioner for Refugees
Nairobi, Kenya

The Honorable Judge Paul. G. Gardephe
United States Federal Circuit Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, NY 10007

Dear Judge Gardephe,

I am sending this letter from Nairobi, Kenya, where I live with my 8 year-old son and work for the United Nations High Commission for Refugees (UNHCR), overseeing communications, partnerships and fundraising for our work supporting governments to provide protection and assistance to some 4.6 million refugees and 8 million internally displaced persons in 11 countries in the East and Horn of Africa and Great Lakes region. I previously worked at both the Pentagon and the Department of State. Before government service I worked for 10 years in different conflict-affected countries – including Sierra Leone, Liberia, Iraq, and Sudan – running child protection programs for the UN Children's Fund (UNICEF) and several other organizations, including the International Rescue Committee and Save the Children.

I have known Kaleil Dov Isaza Tuzman since we were in our teens attending the same spiritual retreat centers and later became close with him, starting in our late twenties. I am aware that Kaleil is being sentenced with respect to the federal crimes of securities and wire fraud violations and am writing this letter of support to convey to you examples of the person I have known Kaleil to be, and to respectfully appeal to you for leniency in your sentencing decision.

Kaleil and I both grew up with mothers who, despite their own traditional religious upbringings in Judaism and Christianity, respectively, were active in Siddha Yoga Meditation and we spent significant time as teenagers and young adults in ashrams in New York and India, following a daily routine of meditation, service, chanting, and scriptural study. Although I didn't know Kaleil well at the time, I know that he did served in the Programming department and he always struck me as a happy and confident personality. During the time he spent living in the Gurudev Siddha Peeth ashram in Ganeshpuri, India in 1989-1990, he also volunteered for the PRASAD Foundation, which provided health care and other community development support to the local



villagers in the area. The juxtaposition of the lush ashram grounds and the poverty of the surrounding community was significant and most residents did not move much between the two worlds, but it was part of Kaleil's curious and service-oriented nature to do so.

In 2002, I was at a special Mother's Day weekend retreat at the Siddha Yoga Meditation ashram in Oakland, California, on home leave from my job in Sierra Leone, and Kaleil happened to be in town attending the same meditation retreat. We met and reconnected and ended up dating for two years – partially long distance across continents and also living together for about 6 months in New York. Although we both subsequently came to have conflicted feelings about the Siddha Yoga community and its leadership, our relationship was definitely grounded in the shared experience of having grown up in part in a spiritual community where from a young age we were accustomed to a disciplined schedule, and exposed to the journey of exploring one's inner self. I believe the experience of growing up in Siddha Yoga also provided a foundation and set of values that informed each of our professional careers.

I was still working in Sierra Leone running a family reunification and community reintegration program for former child soldiers when Kaleil decided to come and visit at the end of 2002. We came up with the idea of combining our life passions by having him facilitate a day-long seminar on entrepreneurship and life skills for some of the former child soldiers who were graduating from vocational skills training and apprenticeships that we had arranged as part of their rehabilitation. The event took place at our program offices in Kono District, the far Eastern part of the country that had only recently emerged from years of brutal civil war, and it still bore the scares of much physical and psychological devastation. From the airstrip to the care center we ran, you drove past barbed-wired encircled bases for UN peacekeepers from Pakistan and Bangladesh, countless destroyed houses and buildings, and large diamond fields teeming with illicit mining activity. Certainly the experience was an eye opening one for Kaleil and I saw him humbled, inspired, and ultimately inspiring to others. I think he joined me in recognizing that while these kids whose experiences as child soldiers were often sensationalized in media accounts, had seen and done terrible things, at heart they were also still kids…curious, scared, talented, determined young people who were amazingly still eager and ready to learn and succeed in life. I think for Kaleil it reinforced both the early teachings to which we had both been exposed to "see God in one another," and the universal relevance of his entrepreneurship bug and his desire to share it with people from all walks of life and across the globe.

Another funny intersection of our different worlds came when I was invited to appear on the Oprah Winfrey show to share stories of how the program I ran with the International Rescue Committee had used video messages to encourage girls and young women who had been held captive and made into "bush wives" during the civil war in Sierra Leone to reconnect and reunite with their families. Kaleil, having also been on the Oprah Winfrey show previously, in 2001, ("basically to talk about what he learned making a lot of money and then losing it all," as I told Oprah to her amusement while we chatted during the commercial breaks), flew to meet me in

2



Chicago and support me through the 24-hour whirlwind of being on the show. I remember lying awake with jet lag and anxiety, and Kaleil gently and confidently reassuring me that he had also not been able to sleep the night before his show either, and that it had all been fine, and would all be fine.

When I later moved to New York City in 2003 to live with Kaleil in between overseas assignments, it was during the period when he was in the throes of finishing the labor of love that was *The Entrepreneurs Success Kit: A 5-Step Lesson Plan to Create and Grow Your Own Business,* a business guide book Kaleil wrote and published with St. Martin's Press in 2005. During this time he was also giving seminars and speeches on entrepreneurship to young people at various colleges, high schools, and community center in different cities on the East Coast and beyond. I remember occasionally driving him from New York to Philadelphia or Boston and back – trips that would often involve an hour or so of preparing for and debriefing from the engagements, together with semi-frantic typing away on his laptop, working on the latest chapter of the book. There were a number of all-nighters and "all weekend"s working on *The Entrepreneurship Success Kit.* He was completely engrossed in all aspects of the project, sometimes in despair about deadlines, but usually energized by the creative process, testing ideas and sharing insights through all of his interactions, all the while still running his company at the time, Recognition Group (the former name of KIT Capital). It showed me how hard he could work and how motivated he was to live a dynamic and purposeful life.

Although ours was a relatively short relationship and somewhat tumultuous breakup, Kaleil and I eventually found our way to a mutually respectful and supportive friendship. He has always been bighearted and found joy in giving to others and this quality if once from which I have continued to benefit. About 10 years ago when I was going through a bit of a personal slump, he invited me to join a group of friends for the weekend at the Cannes Film Festival to cheer me up with a glamorous respite between grueling work trips. And when my younger brother Jonathan, and his Colombian wife-to-be, organized a weekend for family and friends in Cartagena before their wedding in Medellín, Colombia in 2010 (our family is from the United States but my brother coincidentally married a Colombian woman that he met in graduate school in California), Kaleil was quick to insist that we stay in his home there, which was a wonderful space in which to gather and be together.

Finally, while Kaleil and I both ended up single in our middle age, we both made the decision to have children, nevertheless. Our children are close to one another in age, and we frequently have share photos and stories about the delightful blessings that they are. When I hear Kaleil talk about his daughter, I remember how much he always wanted and looked forward to having children, and I can hear how proud he is and grateful for the special bond they share even if they don't live together full time. When I first learned of Kaleil's legal case, it absolutely broke my heart to imagine that he might be separated from her and miss out on such important years of her childhood and vice versa.



Recently, I was on a work trip to the UN Secretariat in New York and Kaleil and I were able to meet for a late dinner. He came directly from the life skills class he was teaching at the time in Brooklyn at Lamplighters Yeshivah with at-risk and troubled youth who were attending a special educational program and trying to get back on track after dropping out or being suspended from school. These particular classes were in the evening because many of the participants worked during the day for their family businesses. Kaleil spoke with a great deal of humor and warmth about the somewhat awkward and difficult teenagers with whom he had just been spending time. I could see that he was finding meaning and peace during this very difficult period of limbo in his life, by choosing to give of his time and heart to others. It reminded me of his work with those recovering child soldiers so many years ago, in Sierra Leone. His commitment to this type of giving has endured, even in the most difficult of circumstances. It's when he is at his best.

In sum, I know Kaleil to be someone of unusually generous character who has always been passionate about having a positive impact on the world through his entrepreneurship, loves his family and friends fiercely, and who places a high value on loyalty and integrity in his personal and professional relationships. In the years since his arrest and incarceration, I have been moved and inspired by the efforts he has made to confront in a very raw and honest way what happened to him, all while fighting a long and drawn out legal battle.

As a former employee of the US Federal Government, and specifically the US Department of State, I felt ashamed that Kaleil, a US citizen, languished in a horrific situation in a jail in Colombia and that the prosecutors did not find a creative solution with a close ally nation that would have allowed him to immediately face the charges against him in the United States. That a nebulous notion of potential damage to US-Colombian relations was used by the prosecutors to justify the very real abuse and suffering he endured, when he was being charged with white-collar crimes, is outrageous and, in my view, was a violation of his citizen and human rights.

I can only imagine how re-traumatizing it must be for Kaleil to even contemplate going back to prison, in any country, after the violence and abuse to which he was subjected in Colombia — and hope that any sentencing in the United States should fully take into account the time he already served and its circumstances.

In this light, I ask and urge Your Honor to have leniency as you consider Kaleil's sentencing.

Sincerely,

/S/ Catherine Wiesner

# EXHIBIT A-21

July 17, 2021

The Honorable Judge Paul G. Gardephe
United States District Court Judge
Thurgood Marshall United States Courthouse
New York, NY 10007

To The Honorable Judge Paul G. Gardephe:

My name is David Camp, and I am writing this letter in support of my dear friend Kaleil Dov Isaza-Tuzman, currently awaiting sentencing in your court. I grew up in the New York area, and now reside in Seattle, WA, with my wife and two daughters. I have been a long-time marketing executive and entrepreneur, having held leadership roles in businesses as various as Amazon, Microsoft and BlackBerry, as well as several start-ups. I am currently Co-Founder and Managing Partner of Metaforce, a product and marketing consultancy.

I have known Kaleil for over 30 years, as has my wife, since the day we met as freshmen at Brown University.  Kaleil, my wife Kristen and I, all lived together in the same freshman dorm. (Kaleil started his college career at Brown before he transferred to Harvard.) From our very first interactions as dorm-mates in our late teens I was struck by the depth of Kaleil's soul and intellect, the radiance of his spirit, his authenticity, and the humanity he brought to the world around him. Put simply, Kaleil is a once-in-a-lifetime friend, filling the world around him with light.

Ever since, we have been connected both personally, and later, professionally, and throughout our long friendship, Kaleil's many gifts, as well as his complexity, have become well known to me. Kaleil is a rare individual who reveals himself at many levels to those who've had the good fortune to know him as I have.  He is at once charismatic and an intellectual power-house, and simultaneously humble and emotionally intense. He loves deeply, he's fiercely loyal to family and friends, and he cares deeply about his community. Kaleil is also deeply spiritual, born Jewish and Bar Mitzvah'd but having searched for Truth in various areas of human thought and belief. When we first met at Brown, he was practicing Eastern Meditation quite fervently, as he did through much of his twenties. In the last 15-20 years, I have seen his Judaism become the preeminent spiritual anchor in his life—without which I doubt he would have been able to traverse the last several years. (I say all of this with some irony, as I am Jewish by birth as well, but have chosen the Humanist, non-religious path in my own life.)

Kaleil and I were among several co-founders of govWorks in the late '90s, a business dedicated to enabling government to interact with its constituents more efficiently and transparently via online services. (We implemented systems for online licensing and payments, as well as other types of constituent interactions, in various states, counties, cities and townships across the country). During our time working closely together at govWorks (where I was Chief Marketing Officer), many of Kaleil's qualities mentioned above were apparent. As CEO of the business, Kaleil managed affairs with its investors, public sector customers and employees with integrity and transparency, and with a deep and abiding passion for creating something of value for broader society. govWorks' mission was to transform the way government and citizens interact, and Kaleil brought the passion for public service

and civic engagement to the effort that is common to his whole family (his father even left his post in the State of Massachusetts department of public welfare to join the company). govWorks was so transformational in its possibilities, that as CMO, I wanted document the journey we were on, which ultimately helped lead to the critically acclaimed documentary *Startup.com* (2001).

The govWorks mission was innovative and deeply inspirational in its day, and many former public servants from across the political spectrum got involved with the company as advisors and mentors— including former Atlanta mayor Maynard Jackson (D) and former Indianapolis mayor Stephen Goldsmith (R). At govWorks, Kaleil implemented a program where all employees (we grew to over 300 staff) would perform volunteer seminars once per month in New York public schools.

One episode during that time stands out as a notable example of Kaleil's character and drive to serve his community.  govWorks at that time was outgrowing its offices in downtown NY, and Kaleil, wanting to use the opportunity to set anchor in a disadvantaged neighborhood, engaged with community and economic development leaders in NY to create a plan to move govWorks' offices to a derelict neighborhood in Harlem. Doing so would come at some cost to the business, with no immediate benefit, but Kaleil believed deeply in serving the community via business, and pushed hard to make this transition happen. While ultimately the lot in Harlem govWorks sought to develop ended up being out of reach, the effort illustrates Kaleil's character. Even when govWorks' original business model failed in the bursting of the dot-com bubble in 2000-2001 and Kaleil had lost all of his equity investment, he reacted with grace and dignity and helped the business, its customers and many of its employees find a new home with First Data Corporation. And he took this painful experience and turned it into a positive in the following years, consulting with and helping other entrepreneurs going through crisis through Recognition Group and KIT Capital, teaching seminars on overcoming obstacles to college students and young entrepreneurs around the country, and publishing *The Entrepreneur's Success Kit* in 2005 (St. Martin's Press). He even appeared on *Oprah* and *Charlie Rose* in the early '00s, openly discussing his failure at govWorks and the topic of "starting over" that so many people were dealing with in the post-dotcom meltdown.

Ever since his indictment and incarceration in Colombia, Kaleil has suffered greatly. I have been by his side, if not physically then emotionally, during some of Kaleil's greatest life challenges, including  the failure of his first business, his long-term battle with Non-Hodgkins Lymphoma in his '30s and early '40s and his accidental discovery in 2010 that his ex-fiancé was actually married to and living with another man while they were engaged and preparing to be married. I believe that what Kaleil has gone through over the last six years eclipses all previous challenges. It is extremely difficult for me to believe in Kaleil's actively engaging in fraud, but I of course respect the jury's decision and the legal process in our country.  I also know from our many conversations over the past several years that Kaleil takes ultimate responsibility for the fraud that occurred at KIT Digital, and feels deep regret for his mistakes. Either way, I am of the view that the brutal abuse that Kaleil endured was disproportionate, if unintentional, punishment to the crimes of which of he has been found guilty.

Kaleil has been punished greatly—physically, reputationally, financially—these past years. He is contrite and has learned tremendously from this experience. Recently on the phone I told Kaleil he is the strongest person I have known. I didn't mean this in terms of literal physical strength, being a cancer survivor, or even his psychological endurance through his experience in Colombian prison and his criminal trial. I meant that even in the midst of his most tragic life experience, Kaleil has never given

in to anger or bitterness; he has remained kind and caring, and resolute in his spiritual belief that the world is ultimately governed by love. He has an abiding commitment to his "mishpachah" (a Hebrew word literally meaning "family" but in Kaleil's case including a broader group of us who love and are loved by him) even when he is surely consumed by pain and anxiety. While Kaleil remains unbroken spiritually, I see that he has been deeply humbled by this legal process, and all of his suffering has reshaped his outlook on the world in ways that will positively impact Kaleil's ability to serve his community and the world at large in the future. Kaleil has had a lifetime of turning the negative into the positive. I can already see that happening now, with his work with teenagers in crisis at Lamplighters, his involvement with the Aleph Institute and Winner's Circle on recuperative justice, his public speaking on post-traumatic recovery with MicDrop, and his weekly radio show, *Equal Footing.* In light of his experiences prior to trial while in prison in Colombia, Kaleil has been preparing to pursue joint law and rabbinical degrees and has adopted a life mission to help address the issue of prison rape—a topic that I personally think is ripe for national dialogue and redress. I believe, if given the chance, Kaleil will bring the entrepreneurial vigor to this social justice mission that he has brought to for-profit and not-for-profit initiatives throughout his life.

The prospect of Kaleil serving an additional prison term at this point in the arc of his experience strikes me as fundamentally unfair, as much for Kaleil and his immediate community, as for our country's principles of justice. I believe Kaleil has been sufficiently punished, his life has been forever altered and the possibility of future malfeasance permanently deterred. I don't think Kaleil will tread anywhere near anything that could even be perceived as a grey line again. His lesson has been learned, so to speak.

Your Honor, Kaleil is a gifted and visionary leader, whose passion for good has been further fueled by the painful learning, humility and accumulated wisdom of these past few years' experience. I know I speak for many, many others whose lives have been blessed by Kaleil's presence that the idea of losing Kaleil to prison again will feel like we have all lost, and undermine our innate sense of right and wrong.

Thank you for considering this humble entreaty as you decide Kaleil's fate, Your Honor. Please have mercy.

Sincerely,

David Camp

David Camp

2342 42nd Ave East
Seattle, WA 98112

Kaleil and I in Central Park, having one of a walks and talk about life (2019).



# EXHIBIT A-22

**[REDACTIONS IN GREY BELOW]**

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

July 10, 2021

Dear Honorable Judge Gardephe,

My name is Intiya Ambrogi-Isaza and I am Kaleil Dov's youngest sister. Every time I was in the courtroom before you, I felt an overwhelming desire to somehow will you and everyone else in the room - the jurors, the prosecutors - to understand that I was Kaleil's baby sister and see me and our relationship as some kind of evidence that he is a different person than he was being made out to be. I am deeply appreciative to have the opportunity to finally communicate this to you now. I thank you for your consideration of my words and the many letters you are receiving from our family and friends, in the context of his upcoming sentencing.

I am 33 years old and I now live in Boston, MA. I followed in my brother's footsteps and attended Harvard, where I studied studio art and urban planning. I am currently a Senior Development Manager for a non-profit community group called Opportunity Communities, where I work to assemble tax credit and grant financing to produce affordable housing for the most vulnerable members of our community. I serve on the Board of Directors of a self-directed learning program for teenagers in my hometown of Holyoke, MA. LightHouse is a hybrid homeschool and public school diploma program that aims to save teens who have fallen through the cracks in more traditional educational settings. I also serve on the board of an organization that runs mentorship and reentry programming and support for people enrolled in college programs while imprisoned, Partakers, Inc. I am on the City of Boston's SPARK Council, which serves a hand-selected advisory council to the Mayor's office on issues impacting young professionals in the city. I spend many evenings at community meetings (now virtual), doing what I can to improve civic engagement and improve the lives of my fellow citizens. I volunteer weekly at the Catholic parish in my neighborhood, and have been committed to regularly lending a helping hand at the food pantry during the pandemic. I have dedicated myself to this line of work at various non-profits because I truly see it as kind of social obligation, a moral calling. That is the kind of person I was raised to be. It is also who Kaleil was raised to be.

Your Honor may have noticed that we come from a somewhat nontraditional family. Kaleil and I share a biological father, Luis Orlando Isaza Villegas. My mother is Milagro Isaza-Figueroa, Kaleil's stepmother. I have one full sibling, Surya Isaza-Figueroa, who has three beautiful sons. You will have received letters from all of us. My father has always been a spiritual person, but is first and foremost a humanist who wanted his children to connect with a greater power in

ourselves and the world around us, via whatever dogmatic means resonated with us. Kaleil is a practicing Jew, following the faith of his mother and his maternal grandparents, who were Holocaust survivors. I myself, like my mother, am a devout Catholic. In truth, I have leaned greatly on my faith with ever more commitment since September 2015, when Kaleil was arrested. While we have both increasingly involved in traditional religious observance over the course of the last 15 years, since 2015 in particular we have each become more devout member and strict members of our respective religious communities: Modern Orthodox Judaism in Kaleil's case, and Catholicism in my case. Kaleil and I each have tremendous respect for each other's faith and accompany the other in prayer regularly. It has provided comfort and center in the face of what has otherwise been a very disorienting and devastating time for Kaleil, for me, and our whole family.

When Kaleil was arrested on September 7, 2015, it was an immense shock.

I had last seen my brother on Memorial Day when we were attending our Harvard Reunions together (our undergraduate graduation classes are exactly 20 years apart). I spent almost all my waking hours over the course of four days with Kaleil, who I have always been incredibly proud of, and excitedly introduced him to anyone who would listen. I posted several pictures of us on social media and tagged Kaleil in the photos. The prosecutors repeatedly tried to claim or insinuate in November 2015 at a hearing I attended in front of Your Honor, and afterwards in numerous filings, that they had no idea where Kaleil was, that he was somehow evading justice and that there was cause to arrest him in Colombia. This has been one of the most offensive and shocking parts of this whole ordeal. Kaleil was based in New York at the time (as he had been since the early 90s), and while he traveled a lot for business internationally, he was in and out of the United States all the time. I am certain that the U.S. Attorney's Office was aware of this. In fact, then-U.S. Attorney Preet Bharara was at the same Harvard Reunion to which I referred (he was there for his 25th-year reunion, and Kaleil was at his 20th-year) and he and my brother even ran into each other and participated in a group conversation together at the reunion, as they have mutual friends. Mr. Bharara knew exactly who my brother was, and there has never been love lost between them, rooted in long-ago social friction.

While we were at our Reunions, my live-in boyfriend at the time, who had not attended with me, started to send me increasingly berate, intoxicated, and threatening messages. As had actually already happened previously with a different dangerous relationship, Kaleil was a place of comfort and of clarity. I was about to get in the car and drive the two hours back to Holyoke, MA on my boyfriend's demands, but Kaleil simply would not let me go. This is the kind of big brother that Kaleil is. Not only did he protect me, but he did it in a way that immediately made it feel like the danger melted away. I wasn't cowering or hiding from a belligerent boyfriend (who actually ended up driving to Boston to try and look for me himself). I was in a bubble with my big brother having a fantastic weekend and was able to turn my phone off and simply ignore and forget about the threat. I came out of that weekend having been reassured of my worth and ready to remove this person from my life.



I had been in close communication after Reunions and leading up to the date of his arrest because I had been considering going to work for him again now that I was not tied to the man I had been living with.[1] I had worked for KIT Capital in June 2010 to July 2011, and then again for all of 2013, where I was the project manager for the Obra Pia Hotel in Cartagena, Colombia. I needed a lot of convincing to entertain the idea of a return because when I had lived in Cartagena in 2013, Kaleil could only by there infrequently and I felt somewhat lonely in a city I did not know. He was also very distracted by the then-bankruptcy issues with KIT Digital, of which I was marginally aware but never had cause to involve myself in. I had taken the job in Cartagena with KIT Capital as an opportunity to be close with my brother, to learn from his discipline, focus and intelligence and quite frankly to bask in the infectious joie de vivre that he had always had. Without him there, I was not able to live in a healthy way, and sunk into the depressive and anxiety-driven state that I have struggled with my whole life, sending me back home to Western MA. It was with all that in mind that my brother was trying to convince me that this time we would stick together and travel together if needed, but that he was more available to work side-by-side. It all sounded very promising and I was beginning to get excited imagining the chance to reconnect with him.

All of that came crashing down. I can't remember precisely how I first heard of Kaleil's arrest in Colombia. As has happened when someone close to me has died, it essentially triggered an emotional collapse. I alternated between fits of extremely focused struggle to find answers and to organize and my family on phone calls with his personal lawyer Amanda Blaurock, to call the

---

[1] I don't think that's coincidence. Kaleil has had a way of geographically extracting me from dangerous romantic situations. He flew me to France for two weeks once, following a night when he saw a boyfriend yelling at me at my birthday party. Kaleil had my friends join us in what was essentially a staged intervention. He also offered me the job in Cartagena the first time when I broke up with a senior associate at my firm, and Kaleil knew I was in a professionally and emotionally vulnerable position.

embassy, legal teams, lawyer friends, etc., and complete inability to function on a personal care level. I woke up every morning in a panic to check my phone and see if there was any news about Kaleil - I was hopeful for any progress and I was equally anxious to make sure he hadn't been killed or killed himself. Every day felt like the only thing that mattered that day was making it to the next day with my brother still breathing. My job didn't matter, my health didn't matter, my finances didn't matter. I made sacrifices small and large that chipped away at those foundations to move the needle in any way I could to keep Kaleil safe and feeling loved. It may sound dramatic to you now, but this was my singular focus.

Kaleil and I grew up traveling back and forth to Colombia as a child and adolescent, and my family has been deeply impacted by the troubles of the civil war and narcoterrorism there - one cousin died in a car bomb, one cousin was kidnapped and kept in a hole in the jungle for months to the point of starvation while his three young children were told he was on a work trip, and I have myself gone running through the streets upon being told that there was a bomb threat and to clear the area. I love Colombia, but in my mind there were good families and there are bad families and we did not mix or fray at the edges; there are people involved in drug consumption and trafficking and there are their victims. It's a matter of life and death, not recreation. Even though my father grew up in and out abject poverty, we had the dignity of knowing which side we were on. The idea that Kaleil was imprisoned with these people, and that my father, mother, cousins, and I were going in and out of jail to see him felt like some parallel, nightmarish, and very dangerous universe.

I took significant time off work to go visit Kaleil in Colombia many times, but also on random days because I simply could not sit at my desk for the prerequisite number of hours without sobbing. This went on for months that felt eternal, and the worst part was that there was no end-date in sight for most of the time. I write this all not to complain about my own suffering (or even Kaleil's) but to try to in some way approach being able to describe to Your Honor through the intensity of my own experience, a glimpse of the horrors that my brother has already faced. He has already been "punished" in unspeakable ways, that I think are totally incommensurate with the crimes for which he was found guilty. He lives not only with the scars of having been beaten, raped, humiliated, deprived of medical care, clean water, heat and food on occasion, but also with a deep sense of guilt and shame that he has been party in any way of putting his little sister and his family through this anguish. I know you will hear from him at sentencing how responsible he feels for all of this, as he has shared this with us privately for years. I have told him over and over that I do not blame him or resent him for anything that has happened, but I can't help but acknowledge that it has been an immense burden for the family.



I need to talk a little bit more about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Kaleil has been profoundly altered by his; he has become a more humble person, who is eager to listen and absorb the pain and wisdom of others. ▮▮▮



I remember Kaleil said something to me when I visited him in Colombia, something like,"I always knew there were people suffering, but I didn't actually feel that suffering and now I do. I feel it all. All the time." He and I have always been close, and he has always been someone I've gone to for everyday, romantic or professional advice, but dealing with trauma didn't used to seem like the kind of thing he was available for. He is now the first person I turn to.

am confident he will go through the rest of his life helping survivors in this way, publicly and privately. I know that it will bring him immense pain, but it will also give him purpose. He has already embarked on this path through his public speaking at MicDrop on healing from trauma and from similar sharing on his weekly radio show, *Equal Footing*.

My brother Kaleil is a good man. He is a good citizen. He is a good and trusted friend. He is a good member of his religious congregation. He has the ability and intention to help and inspire others. I could tell you a million other moments in my life where he has done something generous, or helpful, or joyful that impacted my life. But in summary, he has been a good brother and son, and he has lived up to that role in a family that demands a lot of social and moral conviction. I cannot believe that Kaleil would have intentionally committed a crime against anybody, but I can only accept the jury's decision and the Isaza family will support Kaleil through anything and everything that is to come. But, I beg Your Honor to consider what he has already been through, and whether it was truly necessary. I believe that, at best, the prosecutors erred in judgement arresting Kaleil in Colombia, and I pray every day for the strength to forgive them. What has been done cannot be undone, but knowing all of it Your Honor, I hope you can, in beneficence, close this chapter. Further jail time would not benefit society or make my brother more able to use his talents for good in the world; it will break him. The result of his guilty verdict for these crimes has already involved terrible incarceration, a loss of his reputation and a loss of his material wealth. That all seems more than commensurate with the crimes for which he was convicted. Even assuming the most intentional and vile guilt, his punishment should have never have resulted in his rape; I don't even think it should have resulted in extended imprisonment prior to an arraignment, and it should not have resulted in solitary confinement. None of that should have happened and it did. At the same time, I must also acknowledge that Your Honor's admonishment of the prosecutors on November 20, 2015 most likely saved my brother's life (at that point, Kaleil had already been branded a "snitch" at

La Picota due to his reporting his rape to the INPEC Judicial Police, and we believe he was days away from maiming or death in retribution).

I hope that you are moved by my voice to see that further punishment in the form of imprisonment does nothing to Kaleil that has not already been sufficiently done, and I cannot bear the idea of him being in jail again. We are all terribly afraid of that.

Kaleil has proven himself a remarkably focused and hardworking person in his past professional life. I haven't addressed in this letter all of the charitable causes to which my brother has devoted much of his life and those to which he has been devoting thousands of hours since his arrest, because I know they are being addressed in other support letters to Your Honor. I hope we all have the opportunity to see what Kaleil could do with that same, singular focus on service on behalf of others post-sentencing—which we all know is where his life is now headed. I pray that you can grant Kaleil the opportunity to continue down the path that he is already on, toward a life lived in service of others and not for material gain.

Your Honor, I would like to respectfully close by explaining that I was married last July 2020 (a "pandemic wedding", with most participants on Zoom in a Charlestown, MA church). My husband Nick and I recently gave birth to a beautiful baby boy, and I pray that Kaleil will be able to be a part of my son's early life. I know that my child will look up to him and have much to learn from him, as I have all my life.

Sincerely,

Intiya Ambrogi-Isaza
68 Russell Street, Apt 1
Charlestown, MA 02129
Cell: 413.320.5793

# EXHIBIT A-23

Luis-Orlando Isaza, MSW
15 Matthew Drive
Easthampton, MA 01027
isaza1109@gmail.com
413 552 9010

---------------------------------------------------------------------------------------------------------------------

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007


July 18, 2021

Dear Honorable Judge Gardephe,

With your indulgence, I will say some words about myself. I am Kaleil Dov Isaza-Tuzman's father. I was born in the Andes in in north-central Colombia, to a highly respected and devout Catholic family, of very modest means. I came to the USA in 1965, selected for a merit-based full scholarship as a pioneer student of LASPAU (Latin American Scholarship Program of American Universities). As a Wien Scholar at Brandeis University, I pursued undergraduate and graduate studies in Sociology, Social Welfare, Social Planning, Social Policy and Sociology of Health Care, and later earned a Master in Social Work degree at the University of Connecticut.

At Brandeis, I fell in love with and married Ani Tuzman, the child of Jewish-Polish immigrants, who later gave birth to our beloved son Kaleil. I am a proud, long-ago naturalized United States citizen.

My early years in Colombia were marked by poverty and deprivation, often surrounded by danger and violence -- not only in the external environment but in my own home. My father, a victim of the endless and chronic violence in Colombia, lost his job and dignity when blacklisted by the government for his political opinions. The result was a broken, severely depressed and often violent man, whom I considered an anti-hero. In view of his condition and behavior, I vowed to pursue a nonviolent and just society.

Since granted the scholarship to study abroad, and in recognition of the opportunities afforded in the United States, my dear adoptive home, I have tirelessly worked for the last 55 years to enhance the well-being and quality of life of our American society. I have served as advisor to state governors, secretaries and commissioners, as well as to city mayors, on matters of health care, housing and education. I have also served as consultant to the Federal Government and many non-profit charitable organizations. I have held a number of managerial positions in private and public organizations, always in human service and philanthropy.

Retired as Area Director of the Massachusetts Department of Transitional Assistance, I later became Dean of Social Sciences and Special Assistant to the President at Holyoke Community College. I am the humble recipient of numerous awards and acknowledgements, among them an Honoris Causa Doctorate from Elms College, for my work on behalf of the poor and my leadership in the promotion of human rights, social justice and peace. The National Association of Social Workers of Massachusetts honored me with its Annual Award for the Greatest Contribution to Social Policy and Social Change. The Senate and the House of Representatives of Massachusetts have generously issued citations of gratitude for my significant contributions to the Commonwealth.

I respectfully address you pleading for your mercy when sentencing Kaleil, praying that you will allow him to go free.  Ani and I (as well as my wife of 37 years, Milagro, Kaleil's step-mother) have endeavored to teach our son a sense of rectitude, of generosity, of kindness—basically, to be good. We have endeavored to instill in him a sense of fairness and justice and have guided him to live with honor, in accordance with the law and social expectations. We are proud to say that Kaleil has faithfully followed our eclectic teachings regarding the value of spiritual life, social justice and community service. He has diligently worked to be a model, law-abiding citizen. He has been amply recognized for his lifetime commitment to educational opportunity, social entrepreneurship, political activism, multiculturalism, and humanitarianism—acting consistently with compassion and generosity. He has been a loving, supportive and exemplary son, grandson, father, brother and uncle.

Kaleil has always demonstrated a particular concern for those most in need of his emotional and financial support. Among the beneficiaries of his kindness have been his elderly and frail paternal grandmother, his low-income-single-mom sister Surya and his physically and psychologically challenged brother Emmanuel. He generously paid for the pre-school education of his nephew, Surya's first-born child. However busy Kaleil might be, he has not failed to call his beloved brother Emmanuel or answer his calls on a nearly daily basis. When his grandmother (my mother) Romelia was still alive, she treasured his surprise visits in Colombia that brought her not only joy but also financial respite. Though not publicly known or ever advertised, Kaleil also financed the education of the children of some of his most vulnerable employees, including his domestic workers.

On his first and most recent enterprises, govWorks and Obra Pia, respectively, I proudly joined Kaleil as an employee in the former and as an advisor in the latter. At Obra Pia (a restoration project for a 17th-century Franciscan convent in Cartagena, Colombia that is part of a UNESCO World Heritage site), I launched a parallel non-profit foundation designed to provide education, training and employment to low income individuals in the neighborhood of Cartagena where the project is located. In both the case of govWorks and Obra Pia, I had the opportunity to personally observe in a business setting my son's generosity toward his fellow human beings and his gift for effective leadership.

As you may suppose, I believe in my heart that Kaleil is innocent. Having been a juror (and foreman of a jury), I know personally how unpredictable juries can be. As an academician, I know that, regrettably, both judges and juries make mistakes and come to judgements that are later found to be erroneous. However, I have deep respect for our justice system, and I know this is not the forum to further discuss such matters

I can say with certitude that we taught Kaleil to be intrinsically trusting, to believe in the integrity of all human beings, regardless of condition, position or background, whenever possible. In my heart, I

believe Kaleil may have been too trusting with certain people and may have failed to recognize signs of misbehavior that later seem obvious. He may have also made mistakes, under extreme pressure, while trying to do what he felt was the right thing. I know he would never intentionally hurt others for his own benefit. I also know my son takes great pride in his life's work, and feels terrible about the mistakes and wrong deeds which occurred at KIT Digital.

The consequences of his brutal imprisonment in Colombia have caused our entire family great anguish and pain. While Kaleil was imprisoned in Colombia, both at La Picota and the Fiscalia, I left behind my life as it was, stayed within close proximity to the prisons in which he was held as much as I could, and visited him as often as local prison officials would allow. Beyond the damage to his business and reputation, his incarceration devastated Kaleil physically and psychologically. While in La Picota, he was in hell, sexually assaulted, bodily harmed, living from day to day—even hour to hour—in constant fear of further abuse, without protection and fearful for his very existence. I shed many tears while he was in that prison, and on the occasion I would be allowed to visit him, I tried to help him retain hope, while witnessing his suffering, his depression, his anxiety, his fears, his despair, and his feelings of impotence.

At La Picota, the visits took place in a large, dirty room with dozens and dozens of prisoners and very little supervision. I personally felt around me the great danger of being in the midst of some of the most renowned and well-known violent killers on the planet, some of them perpetrators of crimes against humanity under the aegis of the paramilitary units, FARC or the so-called "common mafia" in Colombia's long-running civil war. I also saw what no father should ever see: my son's face and shaken countenance following days and sometimes hours after physical or sexual abuse. (I visited him on October 17, 2015, for example, only three days after the most brutal assault of all, perpetrated by men who I then had the anguish of him quietly identifying and me seeing in the visiting room.) At La Picota, it was obvious to me that Kaleil lacked the basic safety and sanitary conditions owed to all prisoners, under international and Colombian law (and as required by the Extradition Convention between the U.S. and Colombia). I witnessed there the blatant result of violation of his most fundamental human rights. Yet, facing the possibility (even probability) of retribution, instead of descending into hate, despair or violence, Kaleil lived the ideals we instilled in him as parents and brought his concerns, and the concerns of scores of other prisoners, to the Fourth Estate and to the Inter-American Commission on Human Rights.

When finally transferred to the Bunker of the Fiscalía, Kaleil certainly was held in greater safety and protection and had better treatment.  Yet, he was held in solitary confinement for months there. When I was allowed visitation at the Bunker, I personally witnessed the detrimental result and full unfolding of the trauma he had previously experienced at La Picota—resulting in physical illness, depression, insomnia, critical anxiety and despair, and talk of suicide. I am pained to say that these visits eventually resulted in my own nervous breakdown, in April 2016, at which point Kaleil and his sister Intiya both told me, out of selflessness, that it was best that I not visit Kaleil anymore in prison.

I believe *both* the Colombian government and the U.S. prosecutors failed, in neglecting to protect my son while imprisoned in Colombia, my original homeland, for ten and a half months. Without success, I personally pleaded with the U.S. Embassy in Colombia, the Colombian President and even then-

U.S. Secretary of State John Kerry, whom I personally but tangentially knew, for Kaleil's protection. The fear for the life and safety of my son brought me tears of despair, of helplessness, of anger—all resulting in my own insomnia, depression, and episodes of hallucination and delusion.

Despite everything I have said above, I wish to express directly and without caveat to Your Honor that we are profoundly and eternally grateful to Your Honor for saving our son's life on November 20, 2015, and also for allowing our son to be out of jail since his return from Colombia. Though house arrest has obviously continued to deprive him of his liberty, his current situation is in no way comparable to Colombian prisons.

While under house arrest since July 2016, with the permission of the Court, Kaleil (and on several occasions, Kaleil and I together) have received much needed mental health counseling sessions. I believe we both have Post-Traumatic Stress Disorder, though Kaleil's symptoms are worse than mine. Milagro and I visit him often at his home in upstate New York (about 3 hours west of where we live in Easthampton, Massachusetts), and I can personally attest to his vacillation between his innate optimism and positivity, and his battle with insomnia, depression, and even suicidal thoughts that are still present. It is excruciatingly hard to see this in Kaleil, who has always been a dreamer and an entrepreneur at heart (when he was 9- or-10-years-old, he set up a stand in front of the house to sell lemonade and books of poetry and drawings he and his best friend would make together!).

I am 76 years old. In 2019, I was diagnosed with prostate cancer and went through extended treatment. Thank G-d I recovered but I do not take for granted any time I have remaining to me. The process of my screening for cancer, my diagnosis, my treatment and my recovery were all led by and supported by my children. The presence of my children in my life is essential to my physical and mental health. Earlier this year I contracted COVID-19, along with my wife and nephews. I was very frightened, given my age and vulnerability as a recent cancer survivor. Even though Kaleil was recovering from his own bout of the disease, he and his sister Intiya kept me "in the fight", constantly calling and providing virtual care. As soon as Kaleil recovered and had the antibodies (so as to ensure he wouldn't infect others), he came to Massachusetts to help us in person.  This support was so timely because I was in and out of the hospital several times and my children were able to advocate on my behalf with doctors and staff. I cannot bear the thought of Kaleil being sent away again, for both his sake and mine.

Your Honor, please consider that Kaleil has suffered more than enough. My son has never been a danger to society (or any living thing, for that matter), was never a fugitive and has never been a flight risk. I believe the U.S. government should never have arrested or caused Kaleil to be incarcerated overseas, but should have been given him his day in court in New York from the beginning.

Kaleil has maintained the strictest adherence to all requirements dictated by the Court during these last 5 years of house arrest, since his release from prison in Colombia. I believe no beneficial purpose would be served by any additional time in prison. He accepts responsibility. We appeal to your wise and generous judgement and pray that you allow Kaleil to use this painful and humbling experience for continued and greater contributions to society, while a free man again. Kaleil has made significant contributions to society his whole life, and I am sure will continue to do so. As a family, we will ensure that his rehabilitation continues, surrounded by love, and for the better of all.

Respectfully and grateful for your attention,

Luis-Orlando Isaza



Kaleil and I on the day he was
released on house arrest in
2016



Kaleil and I at the Obra Pia construction site
in  Cartagena Colombia in 2015, only days
prior to his arrest in Bogotá



Kaleil in Watertown. MA,
days after his birth in
1971, with his paternal
grandmother. Romelia.
Ani and myself.



Kaleil and my mother in
Colombia, 2006



Kaleil and his sisters, Surya
and Intiya, at the ceremony of
my honoris causa doctorate

# EXHIBIT A-24

The Honorable Judge Paul G. Gardephe
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

July 18, 2021

Dear Judge Gardephe,

I live in New York City on the Upper East Side. My income is derived from real estate and a television broadcast media company called Winner Media. I have had this company for over forty-five years. I have owned a building in Union Square for over thirty-five years. I am an active investor in private and public companies and have also produced and directed a number of movies.

Your Honor, the purpose of my letter today is to describe who Kaleil Dov Isaza Tuzman is, a man I know intimately. Kaleil and I have been close friends and business partners for over twenty years. Kaleil has been living in my apartment for five years, based on Judge Maas' decision at Kaleil's bail hearing on July 18, 2016 when it was determined that Kaleil needed to stay in New York City. I was in Judge Maas' courtroom at the time, and spontaneously volunteered to take Kaleil in to my apartment at 515 East 79th Street, because Kaleil's residence is in Sullivan County, and was not in New York City. I felt it was the right thing to do. During this period, I have spent more time with Kaleil than any other person. To this day, we are "roommates", though Pre-Trial Services has since allowed him to spend more of his time at his home upstate in Loch Sheldrake, New York.

I remember one specific incident that involved Kaleil that Your Honor might want to be cognizant of. To provide some context, after Kaleil's first entrepreneurial venture, govWorks, ultimately failed when the Internet bubble burst, he set up KIT Capital (which used the trade name "Recognition Group" in the beginning) to use the lessons from his business failure to help venture capital firms and other businesses in distress. Between 2001 through 2005, I was a large help to KIT Capital by investing in a series of venture-backed companies that they acquired or turned around. My investments helped stabilize the target companies' operations, secure employment for Kaleil and his team, or get KIT Capital a seat on the board of directors for various companies. Since I had been enormously helpful to him during these difficult years, I thought that if I ever needed a favor he would reciprocate.

Then there came a time around 2011when KIT Digital disclosed that they were interested in selling and were receiving M&A offers. Around this time, I stayed at Kaleil's house in Park City, Utah and I went to the Sundance Film Festival with him, as we had done for many years together. I vividly remember sitting together on that trip in Kaleil's car in Park City. It was just Kaleil and me. Nobody else was anywhere near us. No one could hear us. Out of curiosity, I asked him "what price can a deal be made that is acceptable to everyone?" He looked at me and said, "I'm sorry, I can't tell you. That would be illegal." This incident stuck with me. The easiest thing would have been to at least give me a sense of the negotiations, something to help out a friend who generously supported him. In my opinion, I thought what I asked was fine, a general question. I did not ask him anything specific about the bidding process or whether there was a bid in hand. But Kaleil didn't want to risk any disclosure that wasn't public or do anything underhanded in anyway.

I wasn't pleased with his answer to my question. But, in retrospect, I think this moment best demonstrates what I feel are Kaleil's fundamental values of his character: honesty, professionalism, and respect for the law. I know from this and numerous other examples over the years in businesses together how important it has always been for Kaleil to be fair, honest, and straight with people. I know this about him in my bones. In spite of the guilty verdict, I am absolutely convinced that Kaleil would never do anything illegal with the *intent* of taking advantage of or harming other people.

Your Honor, I made almost 10 investments with Kaleil before KIT Digital. One was as little as $6,000. Another was as much as $200,000. For each of these investments, Kaleil had a lawyer carefully draw up an agreement. He was very meticulous in his desire to have the deal spelled out so there was no misunderstanding. Although the investments were in his control, he always paid me exactly what I was owed and took the time to explain to me exactly what transpired. I know that Kaleil had around 2.5 million shares of KIT Digital Stock, more with options and warrants. I think they were worth over 45 million dollars at their peak. It is incomprehensible to me that Kaleil would commit an illegal act just to gain a few more dollars. He is far too cautious for that. Even at his height of entrepreneurial ambition, he has never been an avaricious, greedy person. He liked to make money, but he always placed a number of things above money: friendship, loyalty, doing the right thing and most important giving back to society. It has never made sense to me that Kaleil would have had this complex fraud going on for years, and bought instead of sold the stock as it went up. I know well from our business dealings that KIT Digital's eventual bankruptcy hurt him financially more than anyone else.

Living with him over the past five years during his house arrest, I have perceived many striking positive attributes. His passions seem to be more spiritual and more society-driven than ever before. He is fully committed to his religion as an observant Jew. He sees money not as an end unto itself, but as a means to support himself with the essential needs of life (food, clothing, shelter, etc.) and as a means to help his family and his community.

Although I am decades older than Kaleil, he has positively influenced my life with his wisdom, with his ideas and with his pragmatism. He has even elevated my apartment with his work and creativity, helping me move things around and organize things better for me. He has given me important input on how to handle several close relationships, in particular with my son, and various business relationships. He has helped bring religion into my life. Nearly every Friday night and Saturday morning, he goes to Shabbos services, which is in the Jewish tradition. I have attended Friday night services with Kaleil a number of times, and met a dozen people there who say that Kaleil has deeply inspired them. He has truly enhanced my life as well as the lives of many, many other people.

The past six years, since his arrest, have left Kaleil virtually penniless and deeply in debt. He has lost almost everything that took him almost three decades to amass and still owes many millions of dollars to his lawyers. His reputation has been tainted forever. People who ran after him to invest with him now will not even take his phone calls. His hair has gotten much grayer, and he suffers from terrible insomnia. (I know this first-hand because often when I wake up at three or four o'clock in the morning to use the bathroom, he is still awake, struggling with

anxiety). Almost a year of incarceration in Colombia followed by half a decade of house arrest have strongly impacted him physically and emotionally.

I am ending this letter with a small story, Your Honor. Approximately twenty years ago, I watched Kaleil speak to a group of about one hundred New York University business students. He spoke to them about a huge success (his GovWorks) that subsequently became a failure. He relayed to them how painful it was and how he handled that failure, in terms of downsizing, dealing with shareholders, dealing with creditors, the personal debt it left him. Someone asked a question, "What was the single most important lesson you learned [from the failure of govWorks]"? Kaleil was quiet for a moment, and then he said, simply, "The importance of friendship." His point was that friendship transcends everything. It is hard to put words to that moment. It was incredibly inspirational and many of us had tears in our eyes. Kaleil was only twenty-nine years old at the time. He was speaking in a very humble, honest and straightforward manner. The meaning and candor of that moment almost felt like a religious experience to me. That was the moment I decided I wanted to speak with this man, and I approached him after his NYU talk. We have been friends ever since.

Your Honor, as his close friend for 20 years and his roommate the last 5 years, I think I know better than anyone how much Kaleil has suffered, been punished and been humbled by this experience. I am convinced, without a shadow of a doubt, that more incarceration of Kaleil would not only be unnecessary and cruel, but would be detrimental to society. Given all that he has lived through at this point, including the horrible experiences he suffered in Colombia, I do not see why any more punishment should be levied upon him. Please have mercy.

Sincerely yours,

Martin Feinberg

# EXHIBIT A-25

The Honorable Judge G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

July 19, 2021

Dear Honorable Judge Gardephe,

My name is Naomi (Nomi) Tuzman-Eagan, I am the oldest of Kaleil D. Isaza-Tuzman's sisters. I am writing to sincerely ask for leniency as you consider my brother's sentencing. The purpose of my letter is to express my strong belief that any punishment due has been served tenfold, and he would better support this country and the world as a free man. I will give you some personal background, and share some of the consequences of my brother's arrest and subsequent events. His detention in Colombia at U.S. orders, and everything which ensued from it, has permeated many more lives than just his own. I cannot speak for the hundreds of friends who have been supporting him along the way, or even for everyone in our extended family, but I will write about myself and immediate family as well as some about our younger brother Emmanuel's experience, since he is not in a position to articulate a letter to Your Honor.

I am a full-time mom, after being a landscape gardener and musician for many years. I live in New Orleans, Louisiana with my husband Chance, our four children, and until recently, our sweet dog Tashi, who Kaleil so graciously helped us re-home, due to some special circumstances regarding the dog's safety. Kaleil, whom I affectionately call "Leily", was 9 years old when I was born. From my entrance to this world he took care of me with such tenderness and love.  I still feel that same tenderness and love from him more than 40 years later.  We grew up together in Western Massachusetts, specifically Pelham and Amherst.  Although technically two families, we often were like one big family, my father Jim Eagan, and Kaleil's father Orlando, were like fathers to us both, and family gatherings included everyone on both "sides". When I was young, we shared a two-family house which many thought unconventional, but there was love between us all.  I remember doing a presentation in one of my high school classes in which we had to pick an individual whom we admired the most in the world to present on. There was no one else comparable to my brother. I remember standing in front of my class, telling them that I wanted to grow up to have the integrity, determination, and belief in life and people that he possesses.

Now, well into adulthood, I feel that same tenderness and love from him as I did so many years ago. That same sweetness has extended to my children, who call him "Uncle Leily", and look forward to any time we are gifted to spend with him. When my third child, Cypress Baruch Moon was born in 2018, Kaleil requested and was granted court leave from his state of house arrest to come down to greet him into the world and be the Sandek (the godfather, under Jewish law) for his Brit Milah (ritual circumcision and blessing). By being the Sandek, Kaleil was agreeing to be a lifelong mentor and protector to my sweet boy, a promise before God which extends to

my other children as well. This past December, he sent my children a video wishing them Happy Hanukkah and showing them the snowy outdoors outside his window in upstate New York. Kaze, my 7-year old, watched the video five times, only stopping because he had to go to school. Sula, my 5-year old, watched it three times in a row, asking when she would be able to go visit him.

Prior to the COVID-19 pandemic, Chance was working full-time in the entertainment business, as a choreographer, dancer, musician, and talent buyer for local venues in the New Orleans area and beyond. Since the pandemic, he has been working on several new ventures to adjust to these times and support our family. He is in the start-up stages of two businesses, both of which Kaleil has made himself available to provide mentorship on. One of the businesses provides streaming services and the other will be a site for local musicians to generate income playing and selling their music during a time when musicians have lost most of their jobs. Today, we are in the process of moving to the Northeast to be closer to my brother and other family. Sula recently underwent major spine surgery and as you can imagine, this was an extremely difficult time for me and our family.  As always, my brother's love and support helped carry us through this obstacle (despite the distance).  Furthermore, the kids are so excited to spend time with their "Uncle Leily", and I am very much looking forward to having his more regular influence and company in our lives as we will be living in much closer proximity.  We have always remained close, but this is the first time in 20 years we will live next door.  I can't wait.

This is a painful letter to write. Kaleil and I have always shared a deep love for each other. No matter what part of the country or world we have resided, no matter the frequency of our communications, we have remained very close. To really acknowledge the extent to which my life has been affected by his legal travails and incarceration is personal and hard. Shortly after Kaleil was sent to La Picota prison, I was diagnosed with an auto-immune disease called Ulcerative Colitis, which some believe to be caused by stress and or poor diet. I am a very healthy, consistent eater, so it was unlikely that my diet was the cause. It was very clear that stress made my UC hugely worse. It was baffling to see how the symptoms coincided directly with the level of anxiety I was experiencing related to my brother's brutal incarceration. While he was in La Picota, my symptoms were debilitating. I will spare you the grotesque details, but it became difficult to leave the house. My ability to be as present as I wanted to be with children suffered massively, which has caused me to struggle with depression and anxiety.

Another event during the time of my brother's incarceration that caused trauma to my family was in late 2015, when I found out that my family and I were being stalked by people extorting Kaleil in prison. At the time I had two children, and was pregnant with my third. While in La Picota, Kaleil was shown a polaroid picture of me and my children in the background with the corner of the local newspaper showing the date, implying they would hurt us if my brother did not comply with their requests. Quite frankly, to this day, I still experience deep anxiety knowing that these "high-ranking" prisoners and guards were able to make credible threats from thousands of miles away. My brother bravely resisted this never-ending extortion, at his own horrible personal cost, and has since helped bring the perpetrators to justice.

It has been nearly six years since my brother was first arrested. Enough time for me to have two more children. Once my brother was back in the United States and no longer in the danger he had been in and with the help of rehabilitation and medicine my illness has improved, but it has been a back-and-forth process. I want to give my children the best opportunity at life and in order to do that I need to have my health intact. I can only imagine the havoc that would be wrecked on my health if my brother were to be incarcerated again.

Emmanuel, our younger brother is a special human and light in our lives. He is specially-abled and works daily to handle diagnosed anxiety. The profoundly unfortunate and life shattering events which unfolded for my older brother, have caused my younger brother grave distress and exacerbated his struggle with OCD and other cognitive challenges. He looks up to Kaleil and is deeply affected by their ability to connect or lack thereof. It was so painful to watch how much he suffered during Kaleil's time in La Picota. His anxiety did not just stop when my brother was state side, due to grappling with understanding the complexity of what had occurred and not being able to spend time easily with Kaleil. [He did not attend the trial because after attending the hearing on November 20, 2015, which detailed Kaleil's sexual assault, he was so upset that he threw up the entire ride home from NYC to Western Massachusetts, where he lives.] With the Court's permission, Kaleil visited Emmanuel during Hannukah for about an hour at his home in Hatfield, MA. As soon as Kaleil left, Emmanuel posted on Facebook: "So yesterday I got Proboly [sic] the most beautiful gift I could ever receive it wasn't store bought or wrapped...my brother coming to visit me from New York." Emmanuel is high-functioning and has excelled given all his challenges. At a very practical level, Emmanuel will always need assistance, both in his daily life, and financially. Kaleil and I will happily be taking on this responsibility together, after our parents pass away. We will need each other. I cannot fathom that Kaleil would be taken away from us, and not be part of our lives at that crucial juncture.

I believe in my brother Kaleil's innocence, but regardless of whether he is innocent or guilty, he has been punished in a way no one should experience. While in La Picota, my brother's life was threatened daily. He was violently sexually assaulted, something which he will be recovering from the rest of his life. His physical and mental health declined rapidly precipitously. Despite the horrendous circumstances in La Picota, Kaleil still found a way to help people. He translated indictments for other prisoners, he wrote a letter on the conditions at La Picota which was signed by almost all the prisoners on his cell block, and submitted to the Inter- American Commission on Human Rights. Thanks to Your Honor, Kaleil was eventually moved to another facility (which they called the "Bunker') which lowered the immediate threat from other prisoners on his life, but was the equivalent of solitary confinement. He began having more mental health challenges, so extremely uncharacteristic of his normal self. Kaleil had never talked about suicide, but a new fear arose in me, when I could hear in his voice over the phone: the loss of hope and extreme PTSD he was experiencing. He was deprived of a stable space to recover after the trauma he had been put through. My fear of him being killed decreased when he was moved to the Bunker, replaced by a fear of the possibility of him taking his own life.

Since as far back as I can remember I have looked up to my brother, for believing in the impossible, in following dreams, for loving wholeheartedly and living with integrity. He does not

give up and believes in people and wants to help them. His determination has always inspired me and pushed me forward. When I was in my early '20s, he wrote a book, *The Entrepreneur's Success Kit*, about ethical business and the importance of spiritual principles guiding business. I remember years ago, traveling with him while he lectured at colleges about entrepreneurship. His inspiring words about being a creator of new ideas and business for the love of it and not for the money, have always stayed with me.

During the time since his arrest, I have seen Kaleil crushed in a way I did not think was possible. I have watched so many family members suffer during this time as well. Further incarceration, and even continued house arrest, serve no purpose at this point. It will only cause more pain for our family, not recovery/rehabilitation. My brother Kaleil is one of the smartest people I have ever known, his care and desire to help people and the world are so great; please let him live in the world as a free man again and be of help to people. I fear his ongoing detention may result in irreversible deterioration in physical and mental health, possibly result in him taking his life, God forbid. I beg of you to use our justice system for justice, I implore you to recognize that my brother has been punished enough to last a lifetime.

I want to be a happy mother for my kids, to have balanced health without the looming fear and depression that come from my brother's circumstances. I want to be able to have my kids have their "Uncle Leily" again, whom they love dearly, present in their lives. I want Emmanuel to be able to have the big brother he needs ready and available to spend time with him. I want for my brother Kaleil to have his freedom back and be able to begin to rebuild a new life, forever changed.

I deeply appreciate you taking the time to read my letter, Your Honor, and the consideration I know you will take in your decision.

Respectfully,

Naomi Tuzman-Eagan
130 Alvin Callendar Street
New Orleans, LA 70118

# EXHIBIT A-26

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

July 17, 2021

Dear Judge Gardephe,

My name is Rosario Davi and I am writing to you in regards to Kaleil D. Isaza Tuzman's upcoming sentencing hearing. I think I am in a unique position to give you a sense of who Kaleil is on both a personal and business level, as I have worked with him on various projects for nearly 20 years, and he has essentially become a family member at this point. A little more background about myself to give you a sense of who I am: I am a 42-year-old married son of Italian immigrants who graduated with a B.S. in Finance from Rutgers University and have lived my entire life in the New York metropolitan area.

I first met Kaleil in 1998, when I was working part time in college at a barber shop, where he was a regular client of my father.  I remember as a 19-year-old being astounded that Kaleil was leaving Goldman Sachs to launch his own startup. Why would such a young, intelligent man who was on track to reap the benefits of an eventual partnership position leave all that behind to instead assume the risk of walking into the unknown world of entrepreneurship?  In time, the answer to that question, and I think the essence of who Kaleil is, would reveal itself to me and make perfect sense.  Kaleil is a dreamer and a builder.

Kaleil was an early mentor who helped me navigate my first post college job search, and eventually became a brother and business partner. As I have worked in many capacities with Kaleil, starting in 2002 as an unpaid intern and working my way up to becoming his business partner and COO, I am intimately familiar with the detail of our business accomplishments and career movements over the years. As entrepreneurs operating, consulting and investing in companies in the tech, digital media and real estate sectors, we always tried to balance turning a profit with trying to improve the lives of our stakeholders and community members—trying to always "make good by doing good".

When I joined KIT Capital (which went by the commercial name of Recognition Group at the time) in 2002, there was no shortage of tech and media companies that were distressed and needed a hand to help them restructure and turn around their business. We spent years being the "bull dog" on behalf of our clients. We were the face of negotiations to exit bad real estate leases. We were the bearer of bad news when a company had to let employees go whom they could no longer afford to keep. We were the ones who called each company creditor and spent countless hours negotiating liabilities to pennies on the dollar. We were not very well liked by all these third parties, but to our clients, we were appreciated. Restructuring is not a pleasant experience, and among the traits you need to be successful are persistence, attention to detail, creativity, toughness, and crucially, the vision to see through the difficult times to the other side. These are the tools that allowed us to help companies navigate crises and be successful. Kaleil took the lessons that he learned the hard way at his first startup, govWorks.com (which was overleveraged going into the bursting of the Internet bubble in April 2000, and went through a Chapter 11 reorganization in 2001), and built a business helping others.

Imagine my surprise when I sat in a courtroom at Kaleil's arraignment in July 2016, and listened to an Assistant US District Attorney claim that Kaleil was a *violent* person because of a decade-old profile in Forbes Magazine where he referenced our restructuring days as tough and figuratively having to take "a baseball bat" to negotiations. It was the first time I saw firsthand how the prosecutors, meant to serve justice,

were not above knowingly twisting facts to fit their narrative. Maybe to someone in criminal justice day in and day out this type of "advocacy" is normal course; to me, it was a rude awakening.

As the economy continued to improve in the mid '00s, our days of restructuring engagements at KIT Capital were fading away.  We were now being approached by some of the entrepreneurs and investors we had helped during the downturn with ideas that they wanted us to help turn into realities. We also became investors/operators in these companies. In summer 2005, G. Scott Patterson, an investor in an obscure Montreal-based company that was streaming television channels online approached Kaleil with an opportunity. The company, JumpTV, was essentially pirating satellite feeds and encoding them online. It had a handful of employees and a modest number of customers. At Scott's request, Kaleil performed a detailed assessment of the business and its potential. He came to the conclusion that the technology was innovative and there was a big commercial opportunity, but in order to unlock its potential, JumpTV had to be operated in the correct way – legally acquiring content rights, patenting technology, putting together a solid team, all with sufficient capital to grow the business. When KIT Capital invested and came on to operate JumpTV (with Kaleil acting as President and COO), it had six employees, one office, about 10 TV channels and minimal paying customers. It also had no clear vision, no plan of attack and nothing resembling a professional business environment.

In the approximately two years that Kaleil was President and KIT Capital employees were top managers at JumpTV, the company grew exponentially and purely organically (i.e., with no corporate acquisitions) Highlights include:

- Going from 6 employees to over 250; from occupying that initial basement office in Montreal to offices  in Toronto, New York, London, Bogotá, Dubai, Singapore and more throughout the world
- Executing over 300 multi-year channel partnerships and 10+ major studio and professional sports distribution partnerships, turning the company from a pirate operation into a legitimate media destination
- Raising over $170M through private equity, including a $60M IPO led by Morgan Stanley,
- Building the company to ~$250M in market value, a more than 15x increase from the initial $12M valuation

Your Honor, JumpTV represents an apex in KIT Capital's activities in the '00s, but there are numerous other bona fide success stories I could share first-hand from our first decade in business (including KPE, Bharosa, Automated Benefits, and others). I sat in Your Honor's courtroom during the government's closing argument, where the prosecutors were painting Kaleil as an M&A specialist, expectations manager and market manipulator. This is not the Kaleil I know and have worked with for almost 20 years. I know a man who has worked harder than anyone around him at every step of the way, rescued companies, saved jobs, and built enduring enterprises. And while numbers and metrics are how we may measure ourselves in business, Kaleil has always measured himself and encouraged those around him to measure themselves by other, more personally meaningful data sets.

At JumpTV we were a community of outsiders brought together by Kaleil.  The nature of that business (i.e., encoding live TV signals from around the world) was that you needed to have team members who spoke various languages and understood customs beyond that of the US.  My colleagues were from dozens of countries, and we spoke two dozen languages collectively.  I myself learned Ugandan phrases (I was the manager of the African Region). We were not conventional finance professionals.  We were comprised of a team of artists, computer programmers, former attorneys, physical trainers, etc.  Kaleil does not just look at a résumé.  He looks at the entirety of a person.  He was willing to take risks on people who were "unconventional".  He gave people chances.  We were all treated like partners.  We all received equity.  We all had a united goal, and in the end it was a rewarding experience at a *personal*—not just financial—level.

And going back to that visionary concept I mentioned earlier… in 2005 people would tell us that no one would want to watch long-form video content on a computer or other Internet-enabled device. The same way they told Kaleil in 1999 that no one would want to pay their parking tickets online…

It is after the end of 2007 and our involvement with JumpTV, that we come into the era defined by our takeover of ROO Group (later named KIT digital). I will not go into metrics and the entire history of our involvement, as I am sure Your Honor heard enough of that during Kaleil's case. What I will get into is my personal experience at KIT digital, to all of which I was prepared to testify under oath in your courtroom. I was deeply disappointed that I did not get a chance to testify, as I felt the jury would have benefited from hearing my experience. After the government's case ended a week before Christmas 2017, I remember Kaleil's defense team's agonizing calculus as they were balancing the benefit of bringing additional witnesses versus the danger of losing jurors to the holiday and a possible mistrial. I appreciate the opportunity this letter provides in allowing me to at least express my sentiments about Kaleil.

As I did not attend the trial itself until both sides performed their closing statements (not by choice, but rather because as a potential witness I was told it was not appropriate for me to be there earlier) and I have not read any trial transcripts. I do not know what was testified to in your courtroom by other witnesses. What I can tell you is that from the moment I walked into ROO Group in early 2008, I immediately recognized that it was a toxic environment. In my role as a restructuring consultant I saw all of the red flags of the worst clients I had during our restructuring days. Instances of management openly bullying employees, using company funds in a way that was not appropriate, several open lawsuits alleging fraudulent practices, and the fact that the Board of ROO all resigned and pleaded with Kaleil to get involved as an investor and CEO. One of my first recommendations as Chief Restructuring Officer, was to fire the then-President, Steve Quinn. It was clear even in my initial analysis that Mr. Quinn was carelessly spending company money at best, and at worst I felt he might be hiring vendors and certain employees on a basis of not what was best for the company, but rather as part of some sort of kick-back scheme. We were thanked profusely by myriad employees when he left. Kaleil and I went on to make other tough decisions in an effort to rid ROO of the people and practices that led it to its distressed state. My only regret in these early days at ROO is that with hindsight we clearly did not eliminate nearly enough of the toxic elements, chief among them CFO Robin Smyth. I had no evidence of any wrong doing at that time by Mr. Smyth, as I did with Mr. Quinn, so I could not recommend firing him at that time, but I had a strong feeling that he was not being genuine on various matters.

For the ensuing years, I assisted KIT digital from time to time as a special consultant on matters related to accounts receivable, accounts payable, cash management and, early on, corporate development matters. This meant that I interacted with the Finance department at KIT digital more than any other group during my consulting work with KIT digital. I will not get into my personal feelings about Mr. Smyth here as I do not think Your Honor would be interested, but I find it interesting that not one of his employees on the Finance team were called by the government to testify on this matter. Had they been, I am confident the jurors would have heard how much he was detested by his staff, or how he was willing to throw literally anybody under the bus when even the smallest issue of accountability would arise, or how while they were in the office through the early hours of the morning rushing to meet filing deadlines he was playing games on his mobile phone or asleep in a conference room.

Kaleil's entire legal episode has fundamentally changed me as a person and led me to question a lot of what I had previously assumed I knew about the law and this country. As I mentioned in the opening paragraph, I am the son of immigrants to this country. My family came to this country and worked hard, establishing businesses and becoming citizens. I was taught to do well in school, to get the college degree that eluded my immigrant parents, and that if I work hard, I would advance in this country. In that approach and background I found a kindred spirit in Kaleil. Contrary to the skewed picture that I heard portrayed in closing

argument in your courtroom, Kaleil was not handed anything in life. He, like me, was born with a wooden, not silver, spoon in his mouth. The success he had in 20 years of business before his arrest? It was not stolen or ill-gotten. It was earned by his vision and his hard work. Kaleil lost wealth at KIT digital that he had earned in the 15 years prior. I hope that the many letters you have received from Kaleil's former employees, partners, friends and family will help you see a more complete picture of Kaleil than available solely through the lens of his trial and conviction.

The past 6 years have been hard. No way around that. But I still work day in and day out with Kaleil. Why have I stuck around for this? Why I have continued to work with Kaleil trying to finance/sell the Obra Pia Colombian real estate project? There are certainly easier and more lucrative ways for me to spend my time. The answer to this is that I have not stayed around for KIT Capital. Or any specific project. I have stayed for Kaleil, my friend. Not Kaleil my employer. My friend. During his case, Your Honor didn't hear about the good deeds Kaleil has performed for me and so many people over the years. His practice of "tzedakah" (basically tithing) to charities his whole career. His involvement as a mentor for over a decade with the Sponsors for Educational Opportunity (SEO) (www.seo-usa.org) and the Endeavor Initiative (www.endeavor.org ). We started the Obra Pia Foundation during our latest project as a way to give back, train and hire from the impoverished community in Colombia near to where our hotel was being built.

And then there are the "little things" that define Kaleil for me. My seeing him evolve into an ever-more spiritual and religious person over the last two decades. Or the fact that he never denies anyone he works with a day off, and always encourages and mentors instead of "giving orders". Or his constant offering of help when it has come to my significant medical issues. Kaleil has always been there for me. I had a successful kidney transplant on April 24, 2018, but the last few years of my life have been filled with pain, both physical and mental. Early conversations between him and I during this time led us both to commit that the only way forward was to march through our mutual challenges until we saw daylight. As I was going through my own battle to stay alive, Kaleil stood by me, as I did for him, and supported me as a friend and business partner. There were many unknowns. Would we be able to return to anything resembling our past lives? Would we lose everything we worked for? Would we eventually have an opportunity to continue our business and contribute to society? Would Kaleil be accepted by friends, family, former colleagues and associates?  I can unequivocally say the man that emerged from this legal ordeal is stronger, more dedicated to charity, humbled, and focused on making the best version of the world that surrounds him. What helped me get to the point where I am now, in my medical recovery, has been due in large part to Kaleil being supportive both in terms of flexibility as it relates to my job and as a friend lending his ear and his heart.

Through a very difficult time period, including his trial and all of its related fall-out and processes, Kaleil still found the time to dedicate himself to moving his business forward and keeping people employed even under tremendous stress to himself. At various points the Obra Pia hotel project faced foreclosure, difficult investor relationships, and partners abandoning the project because of the negative publicity surrounding his legal case. Despite those challenges, Kaleil fought hard to be able to financially stabilize the project and work through the challenges to keep staff employed, investors remaining in the project and partners engaged. I should also point out that at this point all of Kaleil's equity in Obra Pia is buried under layers of debt in the project, and anything he would reap from an eventual sale would go directly to his lawyers. Kaleil has not received any salary from Obra Pia for many years, despite working effectively a full-time job to ensure that the project would survive. Kaleil works on Obra Pia at this point because it meets his original fiduciary commitment to his investors, and because it is the right thing to do, simply put.

In addition to countless hours dedicated to Obra Pia since his arrest, Kaleil has again tapped into his positive social impact/entrepreneurial roots by co-founding DocuVax, an application that allows patients to store and access important vaccination (i.e., for Covid-19 and flu) and other medical records.  Not only does this help with preventative care, but as someone who has undergone a significant medical procedure, sometimes

seeing half a dozen doctors at once, I see how valuable an application like this is because everything is in one place. Additionally, he has put his own experience with the legal system to good use by acting as an adviser to a group of investors in the Sakal Fund, as they navigate the process of recouping their investment from what was basically a Ponzi scheme. Finally, he was able to revive the luxury goods business we had been working on prior to his arrest in an innovative and beneficial way, setting up Mechanical Art Capital. He realized two things: 1) many high-end watch dealers and collectors are often victims of predatory lending rates because it is a very niche industry that traditional banks aren't accustomed to working with; and 2) family offices are looking for alternative fixed-income investments, with strong collateral. To address these two pain points, Kaleil developed a solution where he consults with family offices to provide asset-based financing to watch dealers and collectors at rates that are much closer to traditional bank loan and low-interest credit card levels.

Somehow, despite all the work on the above projects, Kaleil has voluntarily dedicated a large part of his time over the last three-and-a-half years as a Board Member, teacher and business adviser at Lamplighters Yeshivah in Brooklyn, New York. His time volunteering at Lamplighters has shown him to be dedicated and selfless at a time when it would have been easiest to focus solely on his legal case and projects that generate income for himself. As I transitioned to CFO of Lamplighters in 2020 at Kaleil's suggestion (pretty interesting unto itself and a testament to Kaleil's open-minded approach to life, given that I am Roman Catholic and Lamplighters is an Orthodox Jewish yeshivah!), I was in a position to see firsthand the impact Kaleil had on the students, parents and teachers of the school. He began his relationship with Lamplighters as a volunteer teacher within the Boys' High School program, offering a class focused on practical life experiences, and bringing in guest speakers including a former U.S. Ambassador, and running a program where students could be mentored through the entrepreneurship process and encouraging them to explore opportunities that gave them greater self-confidence and sense of purpose. He also joined as a Director on the Board and used his business experience to help the organization raise funds as they navigated a challenging economic environment and set up a new school campus. He provided me with a great amount of work and mentorship at Lamplighters as the organization traversed difficult times. The amount of time and effort that Kaleil donated to Lamplighters Yeshivah was truly massive. Many people benefited greatly from his dedication.

Your Honor, as I conclude this letter, I beg you to take into consideration the last few years of Kaleil's ordeal. I still believe that our justice system is the best in the world, but I just do not understand how a U.S. citizen could be subjected to the conditions Kaleil faced in Colombia. He was imprisoned for nearly a year before given an opportunity to defend himself. During that time, he suffered from malnourishment and illness. He lived with narco-terrorists where he was extorted and endured physical abuses that I do not wish to re-state here. The easy solution would have been for Kaleil to say whatever the government wanted to hear to get out of there. The easy solution would have been to take his life and escape that hell. But he didn't. He fought through it to have his day in court.

I have witnessed firsthand how Kaleil's incarceration has changed him. He went from being an optimistic, gregarious person to being in a depressive state for long stretches of time and a recluse on house arrest. His once positive outlook on future business endeavors has dissipated somewhat, and he worries that our years of work on our beloved Obra Pia real estate project may have gone to waste. On the positive side, I have seen him get more involved with his faith, his religious community, and the voiceless amongst us.

Kaleil is a good person. I do not believe the mistakes made while at KIT digital should forever define the man I have come to know for the last 20 years. I know he is a fighter, but I have also seen him become a more empathic and humble person over the last half-decade. Your Honor, don't be shocked when you hear down the road how Kaleil has turned this experience into something positive and remarkable. He has shown

the ability to do this in the past and I believe he will do so again. He just needs the opportunity to have that second chance. I believe he deserves that chance.

Thank you for listening to me, Judge Gardephe. If there is anything else I can do to help in this matter, please know that I am willing to do so.

With great respect,

Rosario Davi
110 Willow Grove Drive
Lincroft, NJ 07738



August 2015. Obra Pia team retreat, after walking through the project.



March 2013. KIT Capital team combining work and fun in Park City, UT.



2005. Signing event for internationally-known hip-hop star Lil' Kim's fashion endorsement deal with joint partners KIT Capital and World Marketing.

# EXHIBIT A-27

Chintan Amin
555 Waverly Ave
Brooklyn, NY 11238

July 23, 2021

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

I am writing this letter to you to ask for clemency in sentencing for Kaleil D. Isaza Tuzman.

I began my career in finance and management consulting working at Bank of America Merrill Lynch and Ernst & Young, respectively. Currently, I reside in Brooklyn, NY and work in healthcare management in New York City.

I originally met Kaleil through my brother, Snehal Amin. Snehal and Kaleil both attended Harvard College for their undergraduate studies and have maintained a friendship since 1992. I recall crossing paths with Kaleil at Snehal's wedding (I was only 10 years old at the time) and a handful of other occasions. However, today I am proud to call Kaleil my colleague, mentor and friend.

Since early 2020, Snehal, Kaleil and I have been working on developing a public health tool called DocuVax. DocuVax helps participating organizations and individuals confidentially and securely store, validate and share their own vaccination and other medical records. We believe this tool can not only make a positive impact on the lives of Americans, but even potentially on the lives of individuals around the world. Kaleil has been involved as the company's day-to-day president or managing director from the start, when DocuVax was just an idea scribbled on a piece of paper. Today, DocuVax is a functioning website and mobile application. The progress we have

made to date is largely due to Kaleil and the knowledge/experience he brings in technology/entrepreneurship. He oversees matters related to product development, customer engagement, marketing, human resources, finance and administration.

Kaleil and I communicate with each other on a daily basis via Zoom meetings, phone calls, texts or email and, occasionally, in person. Through these interactions I have learned two preeminent things about Kaleil: First, that he is truly a selfless person, putting the needs of his family and friends first. He has many people who depend on him at a practical level, but he also goes out of his way to make an effort for others from the goodness of his own heart. A friend of his has a son who was considering entrepreneurship/business as a future career choice. Kaleil brought him onto DocuVax as a summer intern and changed his trajectory for the better.

Second, Kaleil understands the preciousness of time, and lives each moment fully. On any given day, you can find him working on DocuVax, prepping for his weekly radio show (*Equal Footing with Dov Tuzman*), spending time in study or prayer with his religious community, or working with a friend as they deal with a life crisis of some sort. It isn't unheard of for Kaleil to send WhatsApp messages to me at 3am with finalized user workflows, detailed budgeting reports or updates on the number of organizations that he has spoken to about interest in using DocuVax. Without skipping a beat, he is ready for an 8am Zoom meeting a few hours later with our website/mobile app development team. To have this kind of dedication and attention to detail for a role that he is not getting paid for—and for an enterprise that very well may end up as a non-profit—is noteworthy. Without Kaleil, we wouldn't have been able to succeed in bringing DocuVax to market, and I am worried that without him the project will not continue to move forward.

On a personal level, as an aspiring entrepreneur myself, I have had the opportunity to learn from Kaleil the ins and outs of starting and successfully running a bootstrapped company. I know this will help me in my career going forward. His guidance and teachings in the years to come are invaluable to me.

As I write this letter to you, I am reminded of a specific afternoon with Kaleil and my family last year, around the July 4th weekend. Kaleil had traveled to Massachusetts for a family wedding and stopped by Snehal's home in Boston for a short visit. We sat on the patio on that beautiful sunny afternoon – Kaleil, Snehal, my sister-in-law, nephews and I – I listened as Kaleil and my brother recounted stories from their days at Harvard together. As Kaleil provided advice to both of my nephews (who are currently college students), he spoke intelligently about culture and politics, but also delicately about mistakes and things he would have done so differently. What struck me most was that he spoke with so much humility, love and respect.

I am aware that Kaleil was found guilty by a jury of a federal crime in the Southern District of New York. I know from our close work together over the last year and a half that Kaleil accepts responsibility in his life in general and in terms of his legal status specifically. He never complains about it or attempts to shift blame. I believe he has learned from his mistakes, and those past mistakes are inconsistent with the Kaleil that I know. The Kaleil that I know and work with is smart, honest, trustworthy and kind. I believe he has suffered enough personally and been punished greatly professionally and financially.

I respectfully ask you not to send Kaleil back to prison, so that he can continue to build DocuVax with us and so that he can rebuild his life. I believe he is deserving.

Sincerely,

Chintan Amin

# EXHIBIT A-28

Sara Brancato and Alex Wilson
The Dale, 4 Post Hill Road
Mountain Dale, NY 12763

The Hon. Paul. G. Gardephe
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

July 23, 2021

Dear Honorable Judge Gardephe,

My partner, Alex Wilson and I are writing to ask for compassion in Kaleil Dov Isaza Tuzman's sentencing. We own a small restaurant and music venue, The Dale, in Mountain Dale, which is close to Dov's home in Sullivan County and has become a center for the musical and performing arts in the area. We've known Dov for two years, in which time he has become an integral part of our daily life and a dear friend. Mountain Dale has become an emblem of the renaissance taking place in the old Borscht Belt in upstate NY, with a community of for-profit and non-profit projects dedicated to rescuing what was a somewhat run-down Main Street and town.

Alex and I joined this new community, one of us moving from the city and the other moving from further upstate, and opened the The Dale before the pandemic. Each of us had many years of experience in the food & beverage and design industries, but it was a rough go, given the new-ness of the destination and the subsequent pandemic. During this challenging period, Dov has been extremely supportive and generous in offering his time and expertise to us and to other businesses and community activities in Mountain Dale and the surrounding area.

Dov has introduced us to so many great people, helped us with local community and political introductions at times, and in particular helped us build bridges with the local Orthodox Jewish community, which is so strong up here. We really connected with Dov, both because as business owners and community members, we understand the role that each of us plays in transforming this rural community and helping lift it out of poverty.

The pandemic was an extremely challenging period in particular for me (Sara). Personally, I lost both my Father and Grandfather to COVID-19 and during this very dark period, Dov would often lend a sympathetic ear, which provided me with much solace. He has a tremendous heart and has a capacity for compassion that is quite unique, given all the things he has experienced. He gives his complete attention to whoever's in front of him, despite what he has on his plate.

During the pandemic, our business also suffered. We had to close for a few months and let go of much of our staff. However, as restrictions were lifted, Alex and I were extremely excited to begin serving our community again. But we now faced another challenge – finding reliable help again, when many people were content to not go back to work. There were so many times when I was literally wearing three hats. Not only was I managing operations, but I also found myself as the maître d' and server on most nights. Dov knew that we were struggling, so he connected us with new wait-staff and even provided production

support for our musical programming—which is so integral to our business and to Mountain Dale in general. We offered to pay him, but he refused and instead asked us to donate his compensation to a charity of our choice. He has continued to provide this support on a weekly basis to this day, for a number of months, and in so doing supports the local arts community, the return of Mountain Dale, and has raised thousands of dollars raised for charity.

We want to highlight something particular about Dov's heart and his approach to life. There's a large Orthodox Jewish community in Sullivan County, and Dov is a part of this community, but also has strong and long-term relationships across all religious and ethnic groups. Unfortunately, not everyone approaches life this way, and in Sullivan County there is most often complete separation between the "original" local community, the city "transplants" and the local Orthodox Jewish community. Dov is truly connected to all of these groups, because has been coming up here with his parents since his childhood, he's been a local homeowner and resident for over 20 years, he has lots of city connections, and of course he is an observant Jew. He naturally connects with everyone, and has gone out of his way to foster friendship between the local community, the "Brooklyn hipsters" and our Orthodox Jewish neighbors.

A prime example of this was during the recent European UEFA soccer championship, featuring Italy against England. We decided to do a gathering and a charity fundraiser that day (since as a couple, Alex is British and Sara is Italian). Dov helped produce the event and ensured that a whole contingent came from the Lubavitcher community. It was beautiful to see the co-mingling of our local communities. Dov really has a unique gift of bringing people of all walks of life together. In these divisive times, a person like this in our community is rare and invaluable. We believe that bridging these communities together is the secret sauce that will enable Mountain Dale and Sullivan County's renaissance to be sustainable in the long-term.

We do not take writing this letter lightly. We are aware that Dov was found guilty by a jury of a federal crime in the Southern District of New York, pertaining to securities and wire fraud, and we take this matter very seriously. We met Dov after his arrest and conviction, and are writing this letter to you requesting leniency, not challenging any verdict. As both friends and taxpayers, we feel further incarceration of Dov would take away a productive, generous and well-loved member from our community.

Your Honor, we appreciate your time and diligence in reading this letter.

Respectfully yours,

*Sara Brancato & Alex Wilson*

Sara Brancato & Alex Wilson

# EXHIBIT A-29



# Steven Vegliante

### Attorney at Law

July 27, 2021

The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE:      Petition for Mercy in the Sentencing of Kaleil Dov Isaza Tuzman

Dear Honorable Judge Gardephe:

I have known Kaleil Dov Isaza Tuzman for several years in both my capacity as an Attorney as well as being an elected Town Supervisor in the Town of Fallsburg, where Dov resides in the hamlet of Loch Sheldrake.

In that time, Dov has confided with me about being found guilty of a crime, and while I did not ask him to share intimate details, in our discussions I came to know much about the background circumstances and his treatment in a foreign prison. While I take no position on the criminal charges which led to his convictions, the verifiable treatment he received outside of the United States, for an extended period, was inhumane and cruel.

I bring this up in the beginning of this letter as one would think that it would cause someone to be jaded, or negative. With Dov, I believe it has strengthened his resolve to improve the conditions of those around him. I believe he is committed to leading a life of purpose and one which helps those around him.

I have watched him speak up and out for his neighbors and friends, taking active roles in community events, including raising awareness around a large construction project in Loch Sheldrake that was mismanaging land clearance and causing significant turbidity in the local watershed. Dov gathered his neighbors and representatives of the Town together with the developer (who was a member of the Orthodox community to which Dov belongs) in an effort to try to calm the waters, so to speak. Ultimately, when the developer disregarded the concerns and continued to damage the watershed, Dov and his neighbors brought the issue to the attention of the Department of Environmental Conservation and the local district attorney. This resulted in proper enforcement and rectification of the issue to the

449 Broadway
Monticello, NY 12701
(845)434-6688
(845)-436-7788 facsimile
steven@vegliantelaw.com
www.vegliantelaw.com



## Steven Vegliante
### Attorney at Law

community's benefit. I commend Dov for these actions, ones which most people in his situation would have shied away from. I have also witnessed Dov assist mutual friends in whatever way was he could, both emotionally and with professional guidance, with no expectation of anything in return. Finally, the Dov I know is committed to his community's economic development, seeking to build new businesses that will employ his neighbors.

As an attorney, as his Town Supervisor, and as his neighbor, I am hopeful that Dov will be allowed to return to our community in fullness. I believe that spiritually and quantifiably we are a better community with Dov in it, and that he has much to give back to society.

I would respectfully request that you show mercy and compassion in your sentence.

Respectfully yours,

*Steven Vegliante*

Steven Vegliante

449 Broadway
Monticello, NY 12701
(845)434-6688
(845)-436-7788 facsimile
steven@vegliantelaw.com
www.vegliantelaw.com

# EXHIBIT A-30



The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007


July 20, 2021


Dear Judge Gardephe,


I am an internationally recognized Orthodox Jewish radio talk show host as well as the founder of Talkline Network.  While Talkline is the country's first and largest Jewish radio network, after almost four decades in business we are now more generally faith-based, with listeners of all backgrounds, religions and creeds.

I first met Kaleil Dov Isaza-Tuzman, in February 2020, when he was a guest on my program, *Talkline with Zev Brenne*r. During this interview, I asked him very specific questions about his experiences in the criminal justice system and about his ordeals as a prisoner in Colombia. My questions were tough, and I knew this was an extremely difficult interview for him because I asked him to describe in detail his experience from many angles.  Not only were my listeners intrigued, but I was also extremely moved by his perseverance to get his life back on track upon returning to the United States, and especially after being convicted.

Since my interview with Dov, we kept in touch and I suggested that he host a radio show to talk about his experiences.  I strongly believed that the courage he exhibited during my interview with him, coupled with his ability to empathetically connect with people would enable

him to use this platform to make a positive impact on our society. It took a little prodding, but needless to say, I was very excited when Dov finally agreed to host his own weekly show on my network, *Equal Footing with Dov Tuzman*. Each week he interviews guests with personal stories to share that can help others.  Dov doesn't shy away from difficult topics like mental health, tragedy and loss, repairing family relationships, and various religious themes.  He carefully curates his topics and guests in hopes of generating a lively and educational discussion, with the ultimate goal of obtaining deeper understanding of different perspectives, faiths and beliefs and showing people that disagreement doesn't have to mean dislike.  It's impressive that he's been able to put on such a quality broadcast despite the pressures of dealing with his legal situation.

Having been a host for many years, I know how much preparation it takes to pull off a show. The show is a labor of love for him, on which he spends a great deal of time and does not earn anything. Dov does everything from the research to even picking out the music played between breaks. As of today, he has hosted around 50 episodes, which have been broadcast live in-studio and with audience participation. The show itself is a hit and receives a lot of positive feedback.  While it can be heard worldwide online and is carried on AM and FM stations in the United States, I personally have seen its positive impact on the Orthodox Jewish community in which I live.  Many of our listeners have been exposed to thoughtful dialogue with various groups they are unfamiliar with and are now less judgmental of others and approach life with more empathy and compassion as a direct result of Dov's thoughtful show.

On the other hand, I do believe that this opportunity has helped Dov with his own rehabilitation and personal healing.  On *Equal Footing* he confronts some of the traumas and issues that he grapples with.  I listen to his show almost every week. There were times when certain topics clearly triggered past experiences and trauma for him, but he has been able to approach these discussions with an open mind and open heart. He is quite open on the show with his audience about his legal problems, his conviction, his former incarceration, and even his life's uncertainty and upcoming sentencing. He has shared his regrets of mistakes many times with his audience, and does not have rancor in the way he addresses his plight.

As part of this healing process, I ask that you take into consideration Dov's public contrition, as well as his experience in Colombia when deciding on his sentencing—not just for him but for the message it sends to communities of faith.  The conditions and circumstances that he described to me are unimaginable and have clearly taken (and continues to take) a toll on him.

Dov has been a sincere, giving and loving member of the community since I have known him. I don't think he needs to suffer behind bars any longer.  With your mercy, he can continue to focus on building his show and positively impacting his audience by communicating important lessons to the public via the airwaves. It would be a disservice to my audience for him to be unable to continue doing his radio program.  In fact, I would love to see him expand to more than one night a week and I would wholeheartedly support this.

Your Honor, thank you for reading this letter of support for Dov.

Sincerely,

*Zev J. Brenner*

Zev J. Brenner
President
Talkline Nework

# EXHIBIT A-31

July 25, 2021

The Hon. Paul. G. Gardephe
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honorable Judge Gardephe,

I am writing this letter today to respectfully request Your Honor's leniency as you are in the process of determining the sentence for my dear friend, Kaleil D. Isaza-Tuzman.

My name is Gabriel Guerra-Mondragón and I was born in Puerto Rico in 1942.  I served as the United States Ambassador to Chile from 1994-1998.  Over the course of my career, I spent many years living and working in Latin America, as the Political Officer at the US Embassy in Mexico City from 1980–1983 and Colombian Desk Officer in the Department of State from 1984-1984.  In addition to my Foreign Service experience, I am a member of the Council of Foreign Relations; former member of the Puerto Rican Legal and Education Defense Fund; and a member of the Puerto Rico Bar Association.

Kaleil and my paths initially crossed in the late '90s, when he was involved in the centrist political organization New Democrat Network (NDN), led by our mutual friend Simon Rosenberg. He described himself then as a "Rockefeller Republican", and although I was to his left on the political spectrum, we held many core values in common. It was in mid '00s that we became very close, after we were re-introduced by a close mutual friend who is a practicing lawyer and political activist in Puerto Rico.

Kaleil and I really bonded with respect to his work for nearly 20 years on the restoration of historical properties in the old city of Cartagena, Colombia. His passion for colonial architecture and involvement in the local, disadvantaged community of Cartagena reminded me of my exposure and involvement in the revival of the old city area of San Juan a decade or two earlier. Even in early encounters, I knew that Kaleil was a person of fundamental integrity, who defined his mission in life around helping others.

As the years went on, I saw this put into practice institutionally with his Obra Pia Foundation, but more importantly in the way he has interacted with people on a day-to-day basis over the last decade and a half. I have done business with Kaleil, stayed in his home, and met his family and know his inner circle of friends. We have given each other life advice (although I am decades his senior), and comforted each other in loss. I have witnessed Kaleil up close in meetings with presidents of countries and big business CEOs, as well as the most humble of his neighbors and friends in Cartagena. He is always the same person, treating everyone around him with dignity, respect and "cariño", as we say in Spanish. Despite his current circumstance and mistakes he may have made, I am proud to call Kaleil one of my closest friends.

I was overwhelmed with sadness when I heard of Kaleil's incarceration in La Picota. Over the course of my career, I have spent a significant amount of time in Latin America and I am keenly aware of the inhumane conditions of the prison systems, including those of Colombia. As a former U.S. Ambassador who was at times in the position of advocating for our citizens incarcerated abroad, I believe Kaleil's rights as an American citizen were grossly violated.

I am comforted by the fact that Kaleil, like me, clings tightly to his faith. I know this is what allowed him to find the will to advocate for other prisoners in La Picota, despite the violent assaults he endured there.  As I hope Your Honor is aware, he translated and tried to explain indictments for other prisoners who did not yet have legal representation and he authored a letter on the conditions at the prison which was signed by almost all the prisoners on the extradition cell blocks. This letter was submitted to the Inter-American Commission on Human Rights, and resulted in an investigation.  It is my belief that a combination of the IACHR complaint and Kaleil's work with the Colombian Attorney General's Office helped propel the in-depth anti-corruption investigation into the Colombian bureau of prisons in the ensuing years.

It is hard to overstate the courage it took for Kaleil to speak out publicly, and then to provide testimony to the judicial police and prosecutors in Colombia about institutional corruption.  Your Honor, I believe Kaleil exposed himself to real retaliation in doing so, even to this day. As I imagine Your Honor is aware, the anti-corruption investigation into the Colombian prison system that Kaleil helped set into motion yielded many arrests of senior officials, including the warden of La Picota. I wish I could say I was surprised. Given my decades of experience in Latin America, I am not. I am also not surprised that Kaleil chose to step forward despite the risk, given his character and commitment to social justice.

When Kaleil was ultimately convicted in late 2017, I was shocked and saddened but also deeply worried for his mental health. I was in New York City with him through his post-incarceration years. I was intimately familiar with his PTSD and also with his legal fight, to which he gave everything. I want Your Honor to know that, in defeat, Kaleil has not blamed others or lived in anger or bitterness. Instead, he has re-committed himself to his loved ones and to the communities in which he works and lives.  I have been a witness to his work for years with Lamplighters Yeshivah, having met with his lovely students and participated in fundraising events with him.

I have also been impressed by Kaleil's graciousness in the business world in the years since his conviction. His business reality is very humbling relative to what it once was. He used to run companies with thousands of employees, and appear on CNBC. Now he focuses on making sure his Obra Pia project works out in the best way possible, and supports others as a consultant or as a co-founder of small new businesses. He is very open about his conviction with anybody he meets, and expresses humility and contrition in his dealings. Early last year, he made a thoughtful and selfless business introduction between me and another individual that resulted in a wonderful new commercial real estate and hospitality venture in San Juan, Puerto Rico. The project has already commenced, and promises to bring employment and revitalize a neighborhood for decades to come. While I wanted to compensate him somehow for the introduction, his focus was instead where it always has been: in helping others.

With Your Honor's mercy, I truly believe Kaleil will be able to contribute immensely to society in his new life.  Your mercy would also provide peace to all of his loved ones, many of us who feel the weight of his punishment. Thank you for your consideration.

Sincerely,

*Gabriel Guerra-Mondragón*

Gabriel Guerra-Mondragón

# EXHIBIT A-32

Cartagena de Indias, D.T. and C.

July 14, 2021

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honorable Judge,

It is our pleasure to give you warm and loving greetings, from the Congregation of the Franciscan Missionary Sisters of Maria Auxiliadora, inspired by Saint Francis of Assisi and by Saint Maria Bernarda Bütler, at the service of the Catholic Church in Colombia. As our chargé d'affaires, I write to you on behalf all of our Sisters in Colombia.

We understand that our friend, Mr. Kaleil Dov Isaza-Tuzman, is currently at your mercy in his upcoming judgment and we want to extend a message regarding the relationship that we have with Mr. Kaleil and his very special project, the Hotel Convento Obra Pia. Mr. Kaleil has worked arduously for many years to safeguard and restore not only the integrity of our sacred Obra Pia convent as a historic and architectonic monument, but also the work and memory of our Saint Maria Bernarda (1848-1924), who worked and died in that sacred place.

The Convento Obra Pia began to be built in 1641, and was completed in 1669, and is the oldest standing monument of the Franciscan order in our country. It was our convent until middle part of last century, when it then became a Franciscan hospital and then a Franciscan school. When our congregation could no longer afford to maintain the Convento Obra Pia and it fell out of our control some decades ago, we became very worried as it passed from different private hands. It is important to note that certain remains of our Saint Maria Bernarda (who is one of only few Colombian saints) are inside the Convento Obra Pia, so it is also a reliquary and pilgrimage site for our Sisterhood throughout South America, including Brazil. We were very grateful when Mr. Kaleil visited with us after he purchased control of the sacred property more than 10 years ago. It had been controlled by a private family at that point in time, and had tragically begun to fall apart in ruins. Mr. Kaleil explained to us his vision of restore the structure, bring back to the original form, and ensure that the reliquary remain protected.

Mr. Kaleil involved me and my other Sisters from the beginning with design and planning of the site. In multiple meetings with him from 2010-2015, we were able to perceive a being full of love, kindness and generosity. He and his father Mr. Luis Orlando Isaza are very spiritually inclined, and have been very kind

to the Franciscans Sisters and the Cartagena community.  Their non-profit organization, the Obra Pia Foundation, is part of the hotel project to extend a helping hand, offering education and training to people in the surrounding community of Getsemani, where we also minister.

We have been a part of the Obra Pia Foundation since its beginning in 2013.  We are filled with joy each time we walk by and now see the Convento Obra Pia buildings restored, respected and beautiful. We are also now able to have access and pilgrimage to the reliquary area at all times. We believe it is a testament to the commitment of Mr. Kaleil and his professional team that the Hotel Convento Obra Pia project continued and historical restoration was completed, even with all the troubles over these years.

When Mr. Kaleil was arrested in 2015 in our country, we immediately prayed for his safety, and constantly sent words and notes of support to him through his family and colleagues who visited him in prison. We even sent him a small image of our patron Saint Maria Bernarda, which we knew from many talks with him he would understand even though he is observant of the Jewish religion. We were informed by his father Mr. Orlando that he kept this small image with him in his prison cell.

We continued to pray for Mr. Kaleil to this day, and will be praying from on his day of sentence. We are all imperfect in front of our compassionate Lord, and verily we make mistakes each day. We cannot judge the mistakes of Mr. Kaleil, for that is the task of your Honorable Judge. However, we join to ask for your kind and loving mercy for a man who has always demonstrated respect, sensibility and appreciation for our our convent, our Sisterhood, and for the rescue of the memory and experience of faith of our beloved Saint Maria Bernarda.  We humbly ask from you, Honorable Judge, clemency for this cherished human being.

With a cordial salute and our respect,

*Sister Aida Vigdesquez B. C.C. 33.111.730*

Sister Aida Luz Vasquez B.
Franciscan Missionary Sisters of Maria Auxiliadora

**Photo No. 1 taken at Obra Pía foundation in 2015**



**Photo No. 2 taken at Obra Pía foundation in 2015**



**Photo No. 3 taken at Obra Pía Convent in 2014**



**Photo No. 4 taken at Obra Pía Convent in 2014**



Photo No. 5 taken at at Obra Pía Convent in 2020



**Photo No. 6 taken visiting Obra Pía commercial section of project in 2020**



Photo No. 7 taken visiting Obra Pía commercial section of project in 2020



**Photo No. 8 taken visiting Obra Pía hotel section of project in 2020**



**Photo No. 9 taken visiting Obra Pía hotel section of project in 2020**



# EXHIBIT A-33

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

July 26, 2021

Dear Honorable Judge,

I write this letter to ask for leniency in the sentencing of Kaleil Dov Isaza Tuzman. My name is Nataly Arenas Dominichetti, Carthaginian (Colombian) by birth, licensed attorney, married, with experience in corporate and financial law, and expertise in non-profit entities in Colombia. I am currently acting as Chief Operating Officer and General Counsel of Obra Pia Ltda. Sucursal Colombia (the Colombian branch of Obra Pia, Ltd.), which develops and manages the Obra Pia hotel project in Cartagena, Colombia.

I first met Kaleil in 2013, and in our first meeting I observed an entrepreneurial, kind and passionate worker, with a great interest in leaving a positive impact on others. Thanks to his desire to create a non-profit foundation in Cartagena, Colombia, he hired me as the Obra Pia Foundation's first employee. At the Foundation, in collaboration with the local Franciscan order and municipal organizations, we provide a platform where individuals in the Getsemani neighborhood (which surrounds the Obra Pia project) are able to learn and develop vocational skills in hospitality and then help find professional opportunities in the growing hotel and tourism industry in Cartagena. Kaleil and his father, Luis Orlando Isaza, worked for years to establish the Obra Pia Foundation, and I am proud to have served as its Director since inception.

In this brief letter to your Court, I not only wish to speak for myself, but also on behalf of those *"getsemanisense"*(the residents of the Getsemaní neighborhood) whose lives have been impacted positively by Kaleil and his Obra Pia project. Even before I met Kaleil in person, I know of his activities for years in Getsemaní (not only at the Obra Pia site, but in his earlier development on Calle Sierpe), and I knew he was not only a successful entrepreneur, but a sensitive person with whom anybody could share and discuss with him their own needs, vision and opportunities for their community.

Kaleil's passage through our city of Cartagena was not in vain, because with his personality and his great projects, he captured the attention and love of this vulnerable community, that saw in him and in his projects an opportunity for progress and development for the city but especially for this local neighborhood. Even now, the Getsemaní "barrio" would not be the same without the beautiful vistas and active businesses of Calle Sierpe and the Obra Pia complex.

After Kaleil's arrest in Colombia, my husband and I visited Kaleil in prison whenever we were allowed. We witnessed with our eyes the environment he faced day by day in the different detention centers in Bogotá. I personally experienced many times first-hand how security guards blackmailed visitors and detainees for accessing each other, in what was supposed to be a human

right. The cruelty with which Kaleil was treated in Colombia has no justification whatsoever. I am incredibly ashamed that he had to suffer that much in my country.

As I mentioned, I currently work with Kaleil on the Obra Pia project, managing the branch office and all of the Colombian operations.  I accepted this position in 2016, being fully aware of Kaleil's legal status, knowing and studying his case. I hesitate to say so, because as an officer of the Colombian court I am not in a position to criticize any United States legal proceeding, but I have been disturbed many times at the developments of his case, and especially statements that his prosecutors made about Colombian prisons and Kaleil's situation in 2015/2016 which I know were false. I have also experienced over years of working together many instances here in Colombia where people made false accusations, knowing that it has been a difficult time for Kaleil to defend himself. I believe the strongest statement I can make is that I am not sorry for a second to have decided to work with Kaleil, despite his situation for all of these years.  His extensive knowledge, experience, leadership and trust in me have helped me grow greatly as a professional. I have not only learned a tremendous amount about the real estate business and hospitality sector, but through this work I have been able to grow as a person. Perhaps the biggest positive impact of all is that, through Kaleil, I met my husband Nicolás Santamaría (who is a professor of architecture at the University of Cartagena and has worked on the Obra Pia project for many years). Nicolás  and I have built a family together, and we consider Kaleil a member of our family also.

In these more than seven years of having known and worked so closely with Kaleil, I can give faith to the great human being that he is; his commitment and loyalty to his work team; and his sincerity and kindness with those who work with him every day. Also, I would like to point out his incredible perseverance despite the adversities he and the company face, because Kaleil has not only had to deal with his legal case over the years, but he also had to go throgh difficult processes in the company. In particular, one of our investors initiated a legal process in Colombia in 2017 with the Superintendency of Companies (SDS), asserting many severe claims in order to try to push the branch into insolvency and take control.  Thank goodness this proceeding did not succeed, as through two years of working with the SDS, we were able to prove that nothing wrong had taken place, and we implemented all accounting and business improvement recommendations they gave. At Obra Pia we have worked for many years to bring the project to fruition, and we now completed the hotel and commercial components of the complex, and have tens of thousands of square feet of hospitality, food and beverage areas open to the public.

I know Kaleil has made many mistakes in his life and feels very sorry about everything that happened at KIT Digital because he discusses and uses these things as examples with us as a team every time we face a new decision fork. However, Kaleil is a great human being full of strength, struggle, perseverance, passion, and especially so much positive energy despite falling down and living through incredible adversities.

For all of the above, I ask Your Honor to hold mercy with Kaleil Dov Isaza Tuzman and help him on his forgiveness path. There are very many people in Cartagena in general and Getsemaní especially who hope the same. We wish to experience his activism and leadership again in person on our Cartagena streets. His life experience, even falling and standing up again, can be a positive example for our city and our community.

Thank you very much,

NATALY ARENAS DOMINICHETTI
Chief Operating Officer and General Counsel
OBRA PÍA LTD SUCURSAL COLOMBIA