UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KALEIL ISAZA TUZMAN,

Defendant

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Tuzman will respond to the Government's July 28, 2021 submission concerning forfeiture (Dkt. No. 1175) by **July 29, 2021 at 5:00 p.m.**

Dated: New York, New York
July 28, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge