

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 2, 2021

BY CM/ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Tuzman
              S8 15 Cr. 536 (PGG)

Dear Judge Gardephe:

      Counsel for Seagrape Investments LLC have requested that the Government submit the attached letter to the Court in advance of defendant Kaleil Isaza Tuzman's sentencing.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:    /s/
      Andrea M. Griswold
      Joshua A. Naftalis
      Daniel M. Tracer
      Assistant United States Attorneys
      (212) 637-2200

Attachments

cc:    Defense counsel by CM/ECF
      Matthew J. Press, Esq.
      Edward Mullen, Esq.