UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>KALEIL ISAZA TUZMAN,<br><br>Defendant. | **ORDER**<br><br>15 Cr. 536 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant Tuzman scheduled for August 20, 2021 is adjourned to **September 10, 2021 at 12:00 noon** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 7, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge