UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KALEIL ISAZA TUZMAN,

Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Sentencing in this matter is scheduled for September 10, 2021 at 12:00 noon in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Press and public unable to attend in person may use the following number to dial into the proceeding: dial 888-363-4749 to participate and enter the access code 6212642.

Dated: New York, New York
       September 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge