UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| KALEIL ISAZA TUZMAN, | 15 Cr. 536 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

Defense counsel has filed three sealed and <u>ex parte</u> letters seeking to withdraw as counsel for Defendant Tuzman. (Feb. 8, 2018 Ltr. (filed under seal); Mar. 20, 2018 Ltr. (filed under seal); May 3, 2018 Ltr. (filed under seal))

As discussed at sentencing, defense counsel's request to withdraw is granted, subject to counsel's obligation to discuss with Defendant whether a notice of appeal will be filed.

Dated: New York, New York
September 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge