UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,

  v.

KALEIL ISAZA TUZMAN,

                Defendant.

------------------------------------------------------------------x

No. S8 15 Cr. 536 (PGG)

[proposed] ORDER
EXONERATING BAIL

    IT IS HEREBY ORDERED, upon the application of counsel for Defendant Kaleil Isaza Tuzman, that Mr. Isaza Tuzman's personal recognizance bond in this matter is exonerated and released, and all suretors on Mr. Isaza Tuzman's personal recognizance bond and all property posted as security for Mr. Isaza Tuzman's personal recognizance bond, including $130,000 cash, Mr. Isaza Tuzman's Loch Sheldrake Property, and a Patek Philippe watch, are also released from any liability in connection with said bond.

    IT IS FURTHER ORDERED that U.S. Pretrial Services or any other agency that has custody of Mr. Isaza Tuzman's passports return them to Mr. Isaza Tuzman.

Dated: New York, New York
       September 24, 2021

SO ORDERED,

_Paul Gardephe_
Paul G. Gardephe
United States District Judge