

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2022

BY CM/ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Omar Amanat & Irfan Amanat,
               15 Cr. 536 (PGG)

Dear Judge Gardephe:

      As discussed with the Court's staff earlier today, the Government is hereby filing a proposed order on behalf of non-party Sana Amanat. The proposed order was prepared by counsel for Sana Amanat and the Government does not object to the proposed relief.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney


      By:    /s/
           Daniel Tracer
           Assistant United States Attorney
           (212) 637-2329

cc:    Defense counsel (by CM/ECF)