UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KALEIL ISAZA TUZMAN,

Defendant.

**ORDER**

15 Cr. 536 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In a September 24, 2021 order, this Court directed "that Mr. Isaza Tuzman's personal recognizance bond in this matter is exonerated and released, and all suretors on Mr. Isaza Tuzman's personal recognizance bond and all property posted as security for Mr. Isaza Tuzman's personal recognizance bond, including $130,000 cash, Mr. Isaza Tuzman's Loch Sheldrake Property, and a Patek Philippe watch, are also released from any liability in connection with said bond." (Sept. 24, 2021 Order (Dkt. No. 1220)

In an August 8, 2025 letter, however, Tuzman reports that the lien the Government filed "against [his] home at 59 Hazelnis Drive, Loch Sheldrake, NY 12759" has never been removed, despite this Court's September 24, 2021 order and Tuzman's repeated efforts to seek the Government's assistance in vacating the lien. (See Aug. 8, 2025 Tuzman Ltr. (Dkt. No. 1250) at 1) Tuzman now seeks an order vacating the lien against his Loch Sheldrake property with the following identifying information included:

- Caption of Lien: "Kaleil Isaza Tuzman"

- Body of Lien: Last name: "Turzman"; Middle name: "Isaza"; First name: "Kaleil"

- Index Numbers: 2016-2558 and 2016-1339

- Reference Docket Number: S 1 15 Cr. 536

- Filing Date: July 18, 2016

- Amount: $370,000

- Address of property: 59 Hazelnis Drive, Loch Sheldrake, NY 12759

(Id. at 2)

Tuzman's application (Dkt. No. 1250) is granted, and the lien described above is again vacated.

Dated: New York, New York
       August 11, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge